UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

In re:                                            )
                                                  )
Tristate Development, LLC,                        )        Case No.
                                                  )        Chapter 11
                Debtor                            )
_____                       )

## STATEMENT REGARDING
## AUTHORITY TO SIGN AND FILE PETITION

I, Lahyan Diab, declare under penalty of perjury that I am the managing member of TriState Development, LLC (the "Corporation"), a Virginia limited liability company, and that on the following resolution was duly adopted by the of the Corporation:

"Whereas, it is in the best interest of this Corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Lahyan Diab, as Managing Member of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy case on behalf of the Corporation; and

Be It Further Resolved, that Lahyan Diab, as Managing Member of this Corporation, is authorized and directed to appear in all bankruptcy proceedings on behalf of the Corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Corporation in connection with such bankruptcy case; and

Be It Further Resolved, that Lahyan Diab, as Managing Member of this Corporation is authorized and directed to employ Steven H. Greenfeld, attorney and the Law Offices of Steven H. Greenfeld, LLC to represent the Corporation in such bankruptcy case."


Executed on:  March 25, 2025                        */s/ Lahyan Diab*
                                                    Lahyan Diab,
                                                    Managing Member