**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)**

| | |
|---|---|
| In re: ) | |
| ) | Case No. 25-12552 |
| **TRISTATE DEVELOPMENT LLC** ) | Chapter 11 |
| ) | |
| **Debtor.** ) | |
| ) | |

**NOTICE OF APPEARANCE AND REQUEST
FOR NOTICES AND SERVICE OF PAPERS**

Please take notice that Justin P. Fasano hereby appears in this matter on behalf of C Store, Inc. ("C Store"), and requests, in accordance with Fed. R. Bankr. P. 9010, that the undersigned be placed on any mailing matrix or service list that may be used for any purpose in this case, and that all notices given or required to be given and all papers served or required to be served in this case be given to and served on the undersigned at the following address:

> Justin P. Fasano, Esquire
> McNamee Hosea, P.A.
> 6404 Ivy Lane, Suite 820
> Greenbelt, MD 20770

Please take further notice that the foregoing request includes not only the notices and papers referred to in the rules specified above, but also, without limitation, all orders, notices, pleadings, complaints, notices of hearing, applications, motions, requests or demands, whether formal or informal, written or oral, or transmitted or conveyed by mail, delivery, telephone, telegraph, telex, telecopy or otherwise which affect or seek to affect in any way any rights or interests of creditors or parties in interest.

This notice of appearance does not constitute consent to acceptance of service of process of any subpoena, summons or other process subject to service pursuant to Bankruptcy Rules 7004 or 9016.

This notice and demand is a "special appearance" and is not a consent to or waiver of C-Store's:

1. right under 28 U.S.C. § 157(c) to have final orders in proceedings reviewed <u>de novo</u> by a United States District Judge;

2. right to challenge the jurisdiction of the United States Bankruptcy Court, including, without limitation, its jurisdiction to adjudicate proceedings, whether by jury trial or otherwise, and notwithstanding the designation "core proceeding" under 28 U.S.C. § 157(b)(2);

3. right to a jury trial in any proceeding, whether available under state or federal law, notwithstanding the designation "core proceeding" under 28 U.S.C. § 157(b)(2);

4. right to have the reference withdrawn under 28 U.S.C. § 157(b)(2); and

5. all other rights, claims, actions, defenses, setoffs, recoupments or other matters to which they are entitled to by law, equity or agreement.

All those rights are expressly reserved without exception and without the purpose of confessing or conceding jurisdiction by C Store by this filing or by any other participation in the case by C Store.

Dated: March 26, 2025    Respectfully submitted,

/s/ *Justin P. Fasano*
McNamee Hosea, P.A.
Justin P. Fasano, Esquire (Bar No. 28659)
6404 Ivy Lane, Suite 820
Greenbelt, MD 20770
Phone: 301-441-2420
jfasano@mhlawyers.com
*Counsel for C Store, Inc.*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on March 26, 2025, a copy of the foregoing Notice of Appearance and Request for Notices and Service of Papers was filed and served via the Court's Electronic Case Filing System on all parties receiving such notification, listed below:

Steven H. Greenfeld     steveng@cohenbaldinger.com
US Trustee - Baltimore     USTPRegion04.BA.ECF@USDOJ.GOV


                                                /s/ *Justin P. Fasano*
                                                Counsel