IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| IN RE: | |
|---|---|
| **Tristate Development LLC,** | Case No.: 25-12552 |
| | Chapter 11 |
| Debtor | |

**NOTICE OF APPEARANCE OF COUNSEL FOR**
**UNITED STATES TRUSTEE FOR REGION 4**

To the Clerk of the Court:

Kindly enter the appearance of L. Jeanette Rice as counsel for the United States Trustee for Region 4 in this case.

Dated: March 26, 2025

**MATTHEW W. CHENEY**
Acting United States Trustee for Region 4
By Counsel:

*/s/ L. Jeanette Rice*
L. Jeanette Rice, Bar No. 12933
Assistant United States Trustee
6305 Ivy Lane, Suite 600
Greenbelt, MD  20770
Telephone: (301) 344-6216
Fax: (301) 344-8431
Email: Jeanette.rice@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 26, 2025, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the Notice of Appearance of Counsel for United States Trustee will be served electronically by the Court's CM/ECF system on the following:

- **Justin Philip Fasano**   jfasano@mhlawyers.com, jfasano@ecf.courtdrive.com;tmackey@mhlawyers.com;hleaphart@mhlawyers.com;cmartin@mhlawyers.com;Fasano.JustinR92003@notify.bestcase.com
- **Steven H. Greenfeld**   steveng@cohenbaldinger.com
- **US Trustee - Baltimore**   USTPRegion04.BA.ECF@USDOJ.GOV

/s/L. Jeanette Rice
L. Jeanette Rice