**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Greenbelt Division)**

| | |
|---|---|
| In re:<br><br>**TRISTATE DEVELOPMENT LLC,**<br><br>    Debtor. | Case No. 25-12552-LSS<br>Chapter 11 |
| In re:<br><br>**PISCATAWAY BAY HOLDINGS LLC,**<br><br>    Debtor. | Case No. 25-12555-LSS<br>Chapter 11 |

**WITHDRAWAL OF NOTICE OF APPEARANCE**

    Justin Fasano and McNamee Hosea, P.A. hereby withdraw their appearance in these cases for C Store, Inc. Substitute counsel will be appearing for C Store, Inc.

Dated: March 26, 2025        Respectfully submitted,

                              /s/ *Justin P. Fasano*
                              McNamee Hosea, P.A.
                              Justin P. Fasano, Esquire (Bar No. 28659)
                              6404 Ivy Lane, Suite 820
                              Greenbelt, MD 20770
                              Phone: 301-441-2420
                              jfasano@mhlawyers.com
                              *Counsel for C Store, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 26, 2025, a copy of the foregoing was filed and served via the Court's Electronic Case Filing System on all parties receiving such notification, listed below:

Steven H. Greenfeld    steveng@cohenbaldinger.com
US Trustee - Baltimore    USTPRegion04.BA.ECF@USDOJ.GOV

                                                  /s/ *Justin P. Fasano*
                                                  Counsel