UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

In re:                                          :
                                                :
TRISTATE DEVELOPMENT, LLC                       :    Case No.  25-12552-LSS
                                                :    Chapter 11
            Debtor.                             :
_____          :

## CORPORATE OWNERSHIP STATEMENT

COMES NOW the Debtor-in-Possession, Tristate Development, LLC, by and through counsel, Law Offices of Steven H. Greenfeld, LLC, and pursuant to Federal Rule of Bankruptcy Procedure 1007(a)(1) states that there are no corporations which 10% or more of any class of the equity interests of the Debtor.  The equity interest of the Debtor is owned entirely by one individual, Lahyan Diab.

Respectfully submitted,

LAW OFFICES OF STEVEN H.
GREENFELD, LLC


By: */s/ Steven H. Greenfeld*
Steven H. Greenfeld
325 Ellington Boulevard
Gaithersburg, MD 20878
(301) 881-8300
Counsel for Debtor-in-Possession

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 26th day of March, 2025, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the foregoing Statement, will be served electronically via the Court's CM/ECF system on the following:

L. Jeanette Rice, *Esq.*
*Office of the U. S. Trustee*


I HEREBY FURTHER CERTIFY that on the 26th day of March 2025, a copy of the forgoing Statement was also mailed, first class mail, postage prepaid to:

                                                             (NONE)


                                       */s/ Steven H. Greenfeld*
                                       Steven H. Greenfeld