IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 25-12552-LSS |
| | ) | (Chapter 11) |
| TRISTATE DEVELOPMENT, LLC | ) | |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |
| | ) | Case No. 25-12555-LSS |
| In re: | ) | (Chapter 11) |
| | ) | |
| PISCATAWAY BAY HOLDINGS, LLC | ) | |
| | ) | |
| Debtor. | ) | *Jointly Administered* |

**NOTICE OF APPEARANCE**

Please note the appearance of Maurice B. VerStandig, Esq., and The VerStandig Law Firm, LLC, as counsel for creditor C Store, Inc., and serve all pleadings and court papers upon undersigned counsel.

Respectfully submitted,

Dated: April 1, 2025

By: /s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
Bar No. 18071
The VerStandig Law Firm, LLC
1452 W. Horizon Ridge Pkwy, #665
Henderson, Nevada 89012
Phone: (301) 444-4600
Facsimile: (301) 444-4600
mac@mbvesq.com
*Counsel for C Store, Inc.*

*[Certificate of Service on Following Page]*

1

2

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 1st day of April, 2025, a copy of the foregoing was served electronically upon filing via the ECF system, with copies to:

- Justin Philip Fasano    jfasano@mhlawyers.com, jfasano@ecf.courtdrive.com;tmackey@mhlawyers.com;hleaphart@mhlawyers.com;cmartin@mhlawyers.com;Fasano.JustinR92003@notify.bestcase.com
- Steven H. Greenfeld    steveng@cohenbaldinger.com
- L. Jeanette Rice    Jeanette.Rice@usdoj.gov, USTPRegion04.GB.ECF@USDOJ.GOV
- US Trustee - Baltimore    USTPRegion04.BA.ECF@USDOJ.GOV

/s/ Maurice B. VerStandig
Maurice B. VerStandig