IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

| | |
|---|---|
| Tristate Development, LLC | Chapter 11<br>Case No. 25-12552 |
| Debtor(s) | |

## PRINCE GEORGE'S COUNTY, MARYLAND'S NOTICE OF APPEARANCE AND REQUEST FOR NOTICES AND SERVICE OF PAPERS

 Please take notice that Prince George's County, Maryland appears in this matter by their undersigned counsel, in accordance with 11 U.S.C. § 1109(b) and Bankruptcy Rule 9010, and requests, as provided in 11 U.S.C. §§ 102(1) and 342 and Bankruptcy Rules 2002 and 9007, that the undersigned attorneys be placed on the mailing matrix filed by the Debtor(s) in this case and that all notices given or required to be given and all papers served or required to be served in this case be given to and served on the undersigned attorneys at the address set forth below:

Nicole C. Kenworthy
Meyers, Rodbell & Rosenbaum, P.A.
6801 Kenilworth Avenue, Suite 400
Riverdale, Maryland 20737-1385

 Please take further notice that, in accordance with 11 U.S.C. § 1109(b), the foregoing request includes not only the notices and papers referred to in the rules specified above, but also, without limitation, orders and notices of any petition, pleading, complaint, hearing application, motion, request or demand, whether formal or informal, written or oral, or transmitted or conveyed by mail, delivery, telephone, telegraph, telex, telecopy or otherwise which effect or seek to affect in any way any rights or interests of Prince George's County, Maryland.

 Please take further notice that, as provided in Bankruptcy Rule 3017(a), Prince George's County, Maryland requests that the undersigned be provided with copies of any and all disclosure statements and plans or reorganization.

MEYERS, RODBELL & ROSENBAUM, P.A.

By: /s/Nicole C. Kenworthy
  Nicole C. Kenworthy
  Federal Bar No. 19723
  Meyers, Rodbell & Rosenbaum, P.A.
  6801 Kenilworth Avenue, Suite 400
  Riverdale, Maryland 20737-1385
  301-699-5800

Law Offices
Meyers, Rodbell & Rosenbaum, P.A.
6801 Kenilworth Avenue
Suite 400
Riverdale, Maryland 20737-1385
(301) 699-5800
EMail: bdept@mrrlaw.net

## CERTIFICATE OF SERVICE

    I hereby certify that on this 2nd day of April, 2025, a copy of the foregoing Prince George's County, Maryland's Notice of Appearance and Request for Notice and Service of Papers was mailed by first-class mail, postage prepaid to:

Steven H. Greenfeld, Esquire
Law Offices of Steven H. Greenfeld, LLC
325 Ellington Blvd., #610
Gaithersburg, MD 20878-
steveng@cohenbaldinger.com

                                                      /s/ Nicole C. Kenworthy
                                                      Nicole C. Kenworthy

Law Offices
Meyers, Rodbell & Rosenbaum, P.A.
6801 Kenilworth Avenue
Suite 400
Riverdale, Maryland 20737-1385
(301) 699-5800
EMail: bdept@mrrlaw.net