United States Bankruptcy Court
District of Maryland

In re:  Case No. 25-12552-LSS
Tristate Development LLC  Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0416-0      User: admin      Page 1 of 2
Date Rcvd: Apr 01, 2025      Form ID: pdfall      Total Noticed: 11

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 03, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Tristate Development LLC, 1015 Walker Woods Drive, Great Falls, VA 22066 |
| 32808705 | + | Bohler Engineering VA, LLC, 16701 Melford Blvd Suite 310, Bowie, MD 20715-4377 |
| 32808706 | + | C Store, Inc., 5500 Island Estates Drive 1008N, Aventura, FL 33160-5299 |
| 32808707 | + | Capitol Design and Development LLC, 4600 Powder Mill Road 200, Beltsville, MD 20705-2624 |
| 32808708 | + | Jason Pardo, 4400 Jenifer Street Suite 2, Washington, DC 20015-2089 |
| 32808997 | + | Justin P. Fasano, Esquire, McNamee Hosea, P.A., 6404 Ivy Lane, Suite 820, Greenbelt, MD 20770-1416 |
| 32808709 | + | Kelley Diab, 10115 Walker Woods Drive, Great Falls, VA 22066-3610 |
| 32808710 | + | Lahyan Diab, 10115 Walker Woods Drive, Great Falls, VA 22066-3610 |
| 32808711 | + | Piscataway Bay Holdings LLC, 10115 Walker Woods Drive, Great Falls, VA 22066-3610 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| | + | Email/Text: ustpregion04.gb.ecf@usdoj.gov | Apr 01 2025 19:38:00 | US Trustee, 6305 Ivy Lane, Suite 600, Greenbelt, MD 20770-6305 |
| 32808712 | + | Email/Text: bdept@mrrlaw.net | Apr 01 2025 19:37:00 | Prince George's County, Maryland, 14741 Governor Oden Bowie Drivee Suite 1, Upper Marlboro, MD 20772-3043 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| tr | | For Internal Use Only |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 03, 2025      Signature:      /s/Gustava Winters

| District/off: 0416-0 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Apr 01, 2025 | Form ID: pdfall | Total Noticed: 11 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 1, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Justin Philip Fasano | jfasano@mhlawyers.com<br>jfasano@ecf.courtdrive.com,tmackey@mhlawyers.com,hleaphart@mhlawyers.com,cmartin@mhlawyers.com,Fasano.JustinR92003@notify.bestcase.com |
| L. Jeanette Rice | Jeanette.Rice@usdoj.gov  USTPRegion04.GB.ECF@USDOJ.GOV |
| Steven H. Greenfeld | steveng@cohenbaldinger.com |
| US Trustee - Baltimore | USTPRegion04.BA.ECF@USDOJ.GOV |

TOTAL: 4

Entered: April 1st, 2025
Signed: March 31st, 2025
**SO ORDERED**



LORI S. SIMPSON
U.S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

| | |
|---|---|
| **In re:** | **Case No.: 25−12552−LSS** |
| | **Chapter: 11** |
| **Tristate Development, LLC** | |
| **Debtor** | |
| | |
| **In re:** | **Case No.: 25−12555−LSS** |
| | **Chapter: 11** |
| **Piscataway Bay Holdings, LLC** | |
| **Debtor** | |
| | |
| | **Jointly Administered Under** |
| | **Case No.: 25−12552−LSS** |

## ORDER PROVIDING FOR JOINT ADMINISTRATION OF CASES

Upon the motion of Debtors for joint administration pursuant to Federal Bankruptcy Rule 1015(b), said motion having been served on the United States Trustee, any committee or trustee appointed in each of the above−captioned cases, and any other parties entitled to notice thereof, the Court having concluded that joint administration of these cases will promote the interest and convenience of the parties, and will reduce the cost of administration, and it appearing that the interests of creditors will be protected, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED THAT:

1. The above−captioned cases will be jointly administered; and

2. Except where circumstances warrant different treatment, a single caption listing all Debtors and their respective case numbers, and stating the cases are jointly administered under 25−12552−LSS, shall be used on all pleadings, motions and other papers served or filed in these cases; and

3. Except where circumstances warrant different treatment, original pleadings shall be filed in the case known as Piscataway Bay Holdings, LLC Case No. 25−12555−LSS.

4. Where circumstances warrant different treatment, original pleadings shall be filed in the non−lead case and copies filed in each of the other cases captioned above; and

5. Debtor shall file and maintain both a joint mailing matrix of all creditors and parties in interest and a limited joint mailing matrix, for service purposes, which eliminate duplications; and

6. Except where circumstances warrant different treatment, all notices hereinafter required shall be combined notices and sent, subject to applicable rule, to creditors and parties in interest of all the jointly administered estates; and

7. Debtor shall mail a copy of this Order to all secured creditors, to each committee, the 20 largest unsecured creditors, and to any party requesting notice pursuant to Federal Bankruptcy Rule 2002(i), and shall so certify to the Court within fourteen (14) days of the date of entry of this Order.

cc: Debtor
 Attorney for Debtor – Steven H. Greenfeld
 U.S. Trustee
 Other parties responding to motion –

**End of Order**

27x01 (rev. 07/08/2014) – AmandaKaniowski