Entered: April 9th, 2025
Signed: April 9th, 2025

**SO ORDERED**

April 23, 2025.



LORI S. SIMPSON
U.S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
### at Greenbelt

In re:   Case No.: **25–12552 – LSS**   Chapter: **11**

**Tristate Development LLC and
Piscataway Bay Holdings LLC**
Debtors

## ORDER TO SHOW CAUSE
## WHY CASE SHOULD NOT BE DISMISSED
## FOR FAILURE TO COMPLETE REQUIRED FILINGS

By notice of the Court dated March 26, 2025, the above–captioned debtor was admonished to file:

- ☐ Statement of Current Monthly Income
- ☐ Schedules A/B C D E/F G H I J and Declaration Concerning Debtor's Schedules
- ☑ Statement of Financial Affairs
- ☐ Other:

within fourteen (14) days. The debtor has failed to comply with the notice. It is, therefore, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the debtor show cause, if any there be, by the date designated above, in a writing filed with Clerk, U.S. Bankruptcy Court Greenbelt Division, 6500 Cherrywood Lane, Ste. 300, Greenbelt, Maryland 20770 why this case should not be dismissed, pursuant to 11 U.S.C. § 1112(b), for failure to complete required filings. Completion of the required filings by the same date shall dissolve this Order to Show Cause. Failure to complete the required filings within the time allowed, or failure to show cause which the Court considers adequate, may result in a dismissal of this case without further notice.

cc:   Debtor
    Attorney for Debtor – Steven H. Greenfeld
    Case Trustee – For Internal Use Only
    U.S. Trustee

### End of Order

39x01 (rev. 04/01/2022) – AmandaKaniowski