IN THE UNITED STATES BANKUPCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | |
|---|---|
| IN RE:<br><br>Tristate Development LLC,<br><br>Debtor | Case No.: 25-12552 LSS<br><br>Chapter 11 |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE:

    Paul E. Knupp III, Esquire, of the law firm Lee/Shoemaker PLLC, an attorney admitted to practice in the United States District Court of Maryland, hereby enters his appearance on behalf of creditor Bohler Engineering VA, LLC.

Dated: April 11, 2025             Respectfully submitted,

                                             **BOHLER ENGINEERING VA, LLC**

                                             By Counsel,

/s/ *Paul E. Knupp, III*
Paul E. Knupp, III (USDCM Bar No. 21456)
LEE/SHOEMAKER PLLC
1400 Eye Street, Suite 200
Washington, DC 20005
(202) 971-9400
pek@leeshoemaker.com
*Counsel for Bohler Engineering VA, LLC*

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a copy of the forgoing Notice of Attorney Appearance was filed and served on all counsel of record electronically through the Court's e-filing system this 11th day of April, 2025.

/s/ *Paul E. Knupp, III*
Paul E. Knupp, III (USDCM# 21456)
LEE/SHOEMAKER PLLC
1400 Eye Street, Suite 200
Washington, DC 20005
(202) 971-9400
pek@leeshoemaker.com
*Counsel for creditor Bohler Engineering VA, LLC*