

LORI S. SIMPSON
U.S. BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| TRISTATE DEVELOPMENT, LLC | ) | Case No. 25-12552-LSS |
| Debtor. | ) | Chapter 11 |
| ------------------------------------------------- | ) | |
| In re: | ) | |
| | ) | |
| PISCATAWAY BAY HOLDINGS, LLC | ) | Case No. 25-12555-LSS |
| Debtor | ) | Chapter 11 |

**ORDER AUTHORIZING EMPLOYMENT OF**
**THE LAW OFFICES OF STEVEN H. GREENFELD, LLC**

Upon the Application of the Debtors, praying for authority to employ and appoint the Law Offices of Steven H. Greenfeld, LLC (the "Firm") under a general retainer to represent the Debtor, as Debtor-in-Possession, and upon the Declaration of Steven H. Greenfeld establishing that he is a member of the Firm and that neither he nor the Firm are interested persons herein and that he is an attorney duly admitted to practice in the State of Maryland and in this Court, the employment of the Firm is necessary and would be in the best interests of the Estate, and the Office of the U.S. Trustee having been served with said Application, IT IS

ORDERED: That the Debtors be, and the same hereby are authorized to employ the Law Offices of Steven H. Greenfeld, LLC to represent them in this proceeding with all fees and reimbursement of expenses subject to Court approval upon proper application and notice.

Copies to:

Steven H. Greenfeld, Esq.
L. Jeanette Rice, Esq.

**END OF ORDER**