United States Bankruptcy Court
District of Maryland

In re:  Case No. 25-12552-LSS
Tristate Development LLC  Chapter 11
Piscataway Bay Holdings LLC
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0416-0     User: admin     Page 1 of 2
Date Rcvd: Apr 18, 2025     Form ID: pdfparty     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 20, 2025:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| + | Email/Text: ustpregion04.gb.ecf@usdoj.gov | Apr 18 2025 19:33:00 | U.S. Trustee - Greenbelt, 6305 Ivy Lane, Suite 600, Greenbelt, MD 20770-6305 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 20, 2025     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 18, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Justin Philip Fasano | jfasano@mhlawyers.com jfasano@ecf.courtdrive.com,tmackey@mhlawyers.com,mevans@mhlawyers.com,cmartin@mhlawyers.com,Fasano.JustinR92003@notify.bestcase.com |
| L. Jeanette Rice | Jeanette.Rice@usdoj.gov  USTPRegion04.GB.ECF@USDOJ.GOV |
| Maurice Belmont VerStandig | mac@mbvesq.com lisa@mbvesq.com,mahlon@dcbankruptcy.com,mac@dcbankruptcy.com,verstandig.mauricer104982@notify.bestcase.com,verstandiglaw@recap.email |
| Nicole C. Kenworthy | |

District/off: 0416-0 User: admin Page 2 of 2
Date Rcvd: Apr 18, 2025 Form ID: pdfparty Total Noticed: 1

                        bdept@mrrlaw.net

Paul Everett Knupp

                        pek@leeshoemaker.com

Steven H. Greenfeld

                        steveng@cohenbaldinger.com

US Trustee - Baltimore

                        USTPRegion04.BA.ECF@USDOJ.GOV

TOTAL: 7



**LORI S. SIMPSON**
**U.S. BANKRUPTCY JUDGE**

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| TRISTATE DEVELOPMENT, LLC | ) | Case No. 25-12552-LSS |
| Debtor. | ) | Chapter 11 |
| ------------------------------------------------- | ) | |
| In re: | ) | |
| | ) | |
| PISCATAWAY BAY HOLDINGS, LLC | ) | Case No. 25-12555-LSS |
| Debtor | ) | Chapter 11 |

**ORDER AUTHORIZING EMPLOYMENT OF**
**THE LAW OFFICES OF STEVEN H. GREENFELD, LLC**

Upon the Application of the Debtors, praying for authority to employ and appoint the Law Offices of Steven H. Greenfeld, LLC (the "Firm") under a general retainer to represent the Debtor, as Debtor-in-Possession, and upon the Declaration of Steven H. Greenfeld establishing that he is a member of the Firm and that neither he nor the Firm are interested persons herein and that he is an attorney duly admitted to practice in the State of Maryland and in this Court, the employment of the Firm is necessary and would be in the best interests of the Estate, and the Office of the U.S. Trustee having been served with said Application, IT IS

ORDERED: That the Debtors be, and the same hereby are authorized to employ the Law Offices of Steven H. Greenfeld, LLC to represent them in this proceeding with all fees and reimbursement of expenses subject to Court approval upon proper application and notice.

Copies to:

Steven H. Greenfeld, Esq.
L. Jeanette Rice, Esq.

**END OF ORDER**