|  |  |
|---|---|
| **UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF MARYLAND** | |
| Name of Debtor(s) listed on the bankruptcy case<br><br>**In re:** | **CASE NO:** |
| | **CHANGE OF MAILING ADDRESS** |

1. This change of mailing address is requested by:   ☐ Debtor   ☐ Joint-Debtor   ☐ Creditor

2. **Old Address:**
   Name(s):                  _____
   Mailing Address:          _____
   City, State, Zip Code:    _____

3. **New Address:**
   Name(s):                  _____
   Mailing Address:          _____
   City, State, Zip Code:    _____
   **Telephone Number(s):**  _____

4. ☐ Check here if you are a Debtor or a Joint Debtor and you receive court orders and notices by email (DeBN) rather than by U.S. mail to your mailing address. Please provide your DeBN account number below (DeBN account numbers can be located in the subject title of all emailed court orders and notices).

   Debtor's DeBN account number _____
   Joint Debtor's account number_____

Date: _____          _____
                               Requestor's printed name(s)

                               _____
                               Requestor's signature(s)

                               _____
                               Title (If applicable, of corporate officer, partner, or agent)

Updated: June 2018