Entered: June 30th, 2025
Signed: June 30th, 2025

**SO ORDERED**

The hearing is scheduled for July 23, 2025 at 10:00 a.m. in Virtual Courtroom. Please visit www.mdb.uscourts.gov/hearings (see Honorable Lori S. Simpson/all other hearings/Morning Docket0 to register and generate Zoom link for hearing participation.



LORI S. SIMPSON
U.S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

In re:   Case No.: **25–12552 – LSS**   Chapter: **11**

**Tristate Development LLC and**
**Piscataway Bay Holdings LLC**
Debtors

## ORDER AND NOTICE OF A HEARING ON
## MOTION TO DISMISS OR IN THE ALTERNATIVE TO CONVERT

The United States Trustee having filed a motion to dismiss or in the alternative to convert, it is, pursuant to Federal Bankruptcy Rule 2002(a) and Local Bankruptcy Rule 2002–1(i), by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that a hearing upon the motion to dismiss or in the alternative to convert will be held on the date and time set forth above, in Virtual Courtroom (for hearing access information see www.mdb.uscourts.gov/hearings or call 410–962–2688); and it is further

ORDERED, that if no objection is filed by any party in interest to the United States Trustee's motion to dismiss or in the alternative to convert within fourteen (14) days after the date a copy of this Order is served, the motion to dismiss or in the alternative to convert may be granted without a hearing.

cc:   Debtor
      Attorney for Debtor – Steven H. Greenfeld
      Case Trustee – For Internal Use Only
      U.S. Trustee
      All creditors and parties in interest

**End of Order**

15x21 (rev. 05/02/2017) – AmandaKaniowski