UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | |
|---|---|
| In re: ) | |
| ) | |
| TRISTATE DEVELOPMENT, LLC ) | Case No. 25-12552-LSS |
| ) | Chapter 11 - Jointly Administered |
| Debtor. ) | |
| -------------------------------------------------- ) | |
| In re: ) | |
| ) | |
| PISCATAWAY BAY HOLDINGS, LLC ) | Case No. 25-12555-LSS |
| ) | Chapter 11 |
| Debtor ) | |

**DEBTORS' OPPOSITION TO MOTION
TO CONVERT OR DISMISS CASE**

Come now the Debtors, Tristate Development, LLC and Piscataway Bay Holdings, LLC, and oppose the Motion to Convert Case to Chapter 7 or, In the Alternative, to Dismiss Case (hte "Motion"), and in support thereof state:

1. The Debtors admit the allegations made in paragraph 1 of the Motion.

2. The Debtors admit the allegations made in paragraph 2 of the Motion.

3. The Debtors admit the allegations made in paragraph 3 of the Motion.

4. The Debtors admit the allegations made in paragraph 4 of the Motion.

5. The Debtors admit the allegations made in paragraph 5 of the Motion.

6. The Debtors admit the allegations made in paragraph 6 of the Motion.

7. The Debtors admit the allegations made in paragraph 7 of the Motion.

8. The Debtors admit the allegations made in paragraph 8 of the Motion.  Further responding, the Debtors state that, although they recognize the obligation to file monthly operating reports, they have not had any financial activity to report.

9. The Debtors neither admit nor deny the allegations made in paragraph 9 of the

Motion as it contains no factual allegations.

10. The Debtors neither admit nor deny the allegations made in paragraph 10 of the Motion as it contains no factual allegations.

11. The Debtors neither admit nor deny the allegations made in paragraph 11 of the Motion as it contains no factual allegations.

12. The Debtors admit the allegations made in paragraph 12 of the Motion as it contains no factual allegations.

13. The Debtors admit the allegations made in paragraph 13 of the Motion.  Further responding, the Debtors state that they have had no transactions to report but they have filed monthly reports for the months of March and April and shall file the report for May and subsequent months.

14. The Debtors deny the allegations made in paragraph 14 of the Motion.

15. The Debtors deny the allegations made in paragraph 15 of the Motion.

16. The Debtors deny the allegations made in paragraph 16 of the Motion.

17. The Debtors deny the allegations made in paragraph 17 of the Motion.

18. The Debtors deny the allegations made in paragraph 18 of the Motion.  Further responding, the Debtors state that the assets of the bankruptcy estates consist of encumbered real property which, in a Chapter 7 case would not provide for a material distribution to creditors.

19. The Debtors deny that conversion is in the best interest of creditors as alleged in paragraph 19 of the Motion.

20. The Debtors deny that conversion is in the best interest of creditors as alleged in paragraph 20 of the Motion.

21. The Debtors deny that conversion is in the best interest of creditors as alleged in

paragraph 21 of the Motion.

WHEREFORE, the Debtors pray that this Court enter an Order denying the requested relief, and granting such other and further relief as is just.

        Respectfully submitted,

        LAW OFFICES OF
        STEVEN H. GREENFELD, L.L.C.

        By:*/s/ Steven H. Greenfeld*
           Steven H. Greenfeld
           325 Ellington Blvd, #610
           Gaithersburg, MD 20878
           (301) 881-8300
           Steveng@cohenbaldinger.com
               Counsel for Debtors-in-Possession

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 7th day of July, 2025, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the foregoing Application, along with the Declaration of proposed counsel, and a copy of the proposed Order, will be served electronically via the Court's CM/ECF system on the following:

Jeanette Rice, Esq.
    *Office of the U.S. Trustee*

I HEREBY FURTHER CERTIFY that on the 16th day of February 2022, a copy of the forgoing Application, along with a copy of the Declaration of the Proposed Counsel and a copy of the proposed Order was also mailed, first class mail, postage prepaid to:   NONE

                                          */s/ Steven H. Greenfeld*
                                          Steven H. Greenfeld