UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | |
|---|---|
| In re: ) | |
| ) | |
| TRISTATE DEVELOPMENT, LLC ) | Case No. 25-12552-LSS |
| ) | Chapter 11 - Jointly Administered |
| Debtor. ) | |
| -------------------------------------------------- ) | |
| In re: ) | |
| ) | |
| PISCATAWAY BAY HOLDINGS, LLC ) | Case No. 25-12555-LSS |
| ) | Chapter 11 |
| Debtor ) | |

**ORDER DENYING MOTION**
**TO CONVERT OR DISMISS CASE**

Upon consideration of the Motion filed by the United States Trustee, and the Debtors' Opposition thereto, and it appearing that no good cause has been shown for the granting of the requested relief, IT IS by the United States Bankruptcy Court for the District of Maryland

ORDERED:   That the Motion to Convert Case to Chapter 7, or in the alternative, to Dismiss Case filed by the United States Trustee be, and the same hereby is DENIED.

Copies to:

Steven H. Greenfeld, Esq.
L. Jeanette Rice, Esq.

**END OF ORDER**