Entered: July 22nd, 2025
Signed: July 22nd, 2025

**SO ORDERED**



LORI S. SIMPSON
U.S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
# Greenbelt Division

| | |
|---|---|
| IN RE:<br><br>**TRISTATE DEVELOPMENT, LLC**<br><br>Debtor | **Case No.: 25-12552-LSS**<br>**Chapter 11** |
| **PISCATAWAY BAY HOLDINGS, LLC**<br><br>Debtor | **Case No.: 25-12555-LSS**<br>**Chapter 11**<br><br>**JOINTLY ADMINISTERED** |

**CONSENT ORDER RESOLVING MOTION TO DISMISS**

Upon consideration of the United States Trustee's Motion to Dismiss and the parties' consent to the terms of this Order; it is, by the United States Bankruptcy Court for the District of Maryland hereby

ORDERED, that the Debtors shall pay all quarterly fees currently due by July 16, 2025; and it is further

ORDERED, that the Debtors shall timely, completely, and accurately file all future operating reports, together with all required attachments, until the case is converted or dismissed or closed by final decree, whichever occurs first; and it is further

ORDERED, that the Debtors shall timely pay all future quarterly fees pursuant to 29 U.S.C. § 1930 until the case is converted or dismissed or closed by final decree, whichever occurs first; and it is further

ORDERED, that if the Debtors fails to comply with the terms of this order in any respect, the United States Trustee may file a Notice of Default advising the Court of such non-compliance, upon which this case shall be dismissed without further hearing; and it is further

ORDERED, that, after the first default of any term in this Consent Order, the United States Trustee shall provide notice to the Debtors five (5) days prior to filing the Notice of Default with the Court to allow the Debtors the opportunity to cure the default.  The United States Trustee is not required to provide notice to the Debtor after any subsequent default.

SEEN AND CONSENTED:

/s/ L. Jeanette Rice
L. Jeanette Rice (12933)
Office of the United States Trustee
6305 Ivy Lane, Suite 600
Greenbelt, MD 20770
(202) 253-9863
*Counsel for the United States Trustee*

/s/ Steven H. Greenfeld
Steven H. Greenfeld
325 Ellington Blvd, #610
Gaithersburg, MD 20878
(301) 881-8300
Steveng@cohenbaldinger.com
*Counsel for Debtors*

**Certification of Consent**

   I HEREBY CERTIFY that the terms of the copy of this Consent Order submitted to the Court are identical to those set forth in the original Consent Order; and the signatures represented by the /s/ on this copy reference the signatures of consenting parties on the original Consent Order.

                 <u>/s/ L. Jeanette Rice</u>
                 L. Jeanette Rice

cc:  Debtors
   Debtors' Counsel
   United States Trustee

              **END OF ORDER**