United States Bankruptcy Court
District of Maryland

| | |
|---|---|
| In re: | Case No. 25-12552-LSS |
| Tristate Development LLC | Chapter 11 |
| Piscataway Bay Holdings LLC | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0416-0 | User: admin | Page 1 of 2 |
| Date Rcvd: Jul 22, 2025 | Form ID: pdfparty | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 24, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Tristate Development LLC, 1015 Walker Woods Drive, Great Falls, VA 22066 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| + | Email/Text: ustpregion04.gb.ecf@usdoj.gov | Jul 22 2025 19:15:00 | US Trustee, 6305 Ivy Lane, Suite 600, Greenbelt, MD 20770-6305 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 24, 2025            Signature:       /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 22, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Justin Philip Fasano | jfasano@mhlawyers.com<br>jfasano@ecf.courtdrive.com,tmackey@mhlawyers.com,mevans@mhlawyers.com,cmartin@mhlawyers.com,Fasano.JustinR92003@notify.bestcase.com |
| L. Jeanette Rice | Jeanette.Rice@usdoj.gov  USTPRegion04.GB.ECF@USDOJ.GOV |
| Maurice Belmont VerStandig | mac@mbvesq.com |

District/off: 0416-0 | User: admin | Page 2 of 2
Date Rcvd: Jul 22, 2025 | Form ID: pdfparty | Total Noticed: 2

| | |
|---|---|
| | lisa@mbvesq.com,mahlon@dcbankruptcy.com,mac@dcbankruptcy.com,verstandig.mauricer104982@notify.bestcase.com,verstandiglaw@recap.email |
| Nicole C. Kenworthy | bdept@mrrlaw.net |
| Paul Everett Knupp | pek@leeshoemaker.com |
| Steven H Greenfeld | steveng@cohenbaldinger.com  sgreenfeld@ecf.axosfs.com |
| Steven H. Greenfeld | steveng@cohenbaldinger.com |
| US Trustee - Baltimore | USTPRegion04.BA.ECF@USDOJ.GOV |

TOTAL: 8



LORI S. SIMPSON
U.S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
### Greenbelt Division

| IN RE:<br><br>**TRISTATE DEVELOPMENT, LLC**<br><br>Debtor | **Case No.: 25-12552-LSS**<br>**Chapter 11** |
|---|---|
| **PISCATAWAY BAY HOLDINGS, LLC**<br><br>Debtor | **Case No.: 25-12555-LSS**<br>**Chapter 11**<br><br>**JOINTLY ADMINISTERED** |

### CONSENT ORDER RESOLVING MOTION TO DISMISS

Upon consideration of the United States Trustee's Motion to Dismiss and the parties' consent to the terms of this Order; it is, by the United States Bankruptcy Court for the District of Maryland hereby

ORDERED, that the Debtors shall pay all quarterly fees currently due by July 16, 2025; and it is further

ORDERED, that the Debtors shall timely, completely, and accurately file all future operating reports, together with all required attachments, until the case is converted or dismissed or closed by final decree, whichever occurs first; and it is further

ORDERED, that the Debtors shall timely pay all future quarterly fees pursuant to 29 U.S.C. § 1930 until the case is converted or dismissed or closed by final decree, whichever occurs first; and it is further

ORDERED, that if the Debtors fails to comply with the terms of this order in any respect, the United States Trustee may file a Notice of Default advising the Court of such non-compliance, upon which this case shall be dismissed without further hearing; and it is further

ORDERED, that, after the first default of any term in this Consent Order, the United States Trustee shall provide notice to the Debtors five (5) days prior to filing the Notice of Default with the Court to allow the Debtors the opportunity to cure the default. The United States Trustee is not required to provide notice to the Debtor after any subsequent default.

SEEN AND CONSENTED:

/s/ L. Jeanette Rice
L. Jeanette Rice (12933)
Office of the United States Trustee
6305 Ivy Lane, Suite 600
Greenbelt, MD 20770
(202) 253-9863
*Counsel for the United States Trustee*

/s/ Steven H. Greenfeld
Steven H. Greenfeld
325 Ellington Blvd, #610
Gaithersburg, MD 20878
(301) 881-8300
Steveng@cohenbaldinger.com
*Counsel for Debtors*

**Certification of Consent**

    I HEREBY CERTIFY that the terms of the copy of this Consent Order submitted to the Court are identical to those set forth in the original Consent Order; and the signatures represented by the /s/ on this copy reference the signatures of consenting parties on the original Consent Order.

                                              /s/ L. Jeanette Rice
                                              L. Jeanette Rice

cc:    Debtors
        Debtors' Counsel
        United States Trustee

                                        **END OF ORDER**