Entered: July 30th, 2025
Signed: July 30th, 2025

## SO ORDERED

The hearing is scheduled for August 28, 2025 at 10:00 a.m. in
Virtual Courtroom. Please visit www.mdb.uscourts.gov/hearings
(see Honorable Lori S. Simpson/All other hearings/Morning Docket)
to register and generate Zoom link for hearing participation.



*Lori Simpson*
**LORI S. SIMPSON**
**U.S. BANKRUPTCY JUDGE**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

In re:     Case No.: **25−12552 − LSS**     Chapter: **11**

**Tristate Development LLC and**
**Piscataway Bay Holdings LLC**
Debtors

## ORDER SETTING STATUS CONFERENCE

After examination of the record, it appears to the Court that a plan was not filed by the Debtor within the exclusivity period established pursuant to 11 U.S.C. § 1121. The Court determines that this is an appropriate case for the court to conduct a status conference pursuant to 11 U.S.C. § 105(d). Accordingly, it is,

ORDERED, that the status conference will be held on the date and time set forth above, in Virtual Courtroom (for hearing access information see www.mdb.uscourts.gov/hearings or call 410−962−2688).

ORDERED, that no later than fourteen (14) days before the scheduled hearing, counsel for the Debtor shall (i) serve a copy of this order upon the United States Trustee, all secured creditors or their counsel of record, and the ten (10) largest unsecured creditors or their counsel of record, together with a copy of debtor's agenda for the administration of this case, and (ii) file a certificate of such service with the Court.

ORDERED, that at the status conference the Court will take up the following matters, among others:

1. Preliminary outline of the plan to be filed by the Debtor.

2. Establishment of a date for the filing by the Debtor of a disclosure statement and plan.

3. Scheduling litigation that may be necessary to facilitate the processing of this case.

4. Setting a budget for compensation to be paid to counsel for the Debtor and any committee and any other professionals retained under an order of court.

5. Conversion of this case to a case under another chapter.

### End of Order

04x11 (rev. 09/10/2020) − AmandaKaniowski