United States Bankruptcy Court
District of Maryland

In re:  Case No. 25-12552-LSS
Tristate Development LLC  Chapter 11
Piscataway Bay Holdings LLC
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0416-0     User: admin     Page 1 of 2
Date Rcvd: Jul 30, 2025     Form ID: pdfparty     Total Noticed: 3

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 01, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Tristate Development LLC, 1015 Walker Woods Drive, Great Falls, VA 22066 |
| jadb | + | Piscataway Bay Holdings LLC, 10115 Walker Woods Drive, Great Falls, VA 22066-3610 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| | + | Email/Text: ustpregion04.gb.ecf@usdoj.gov | Jul 30 2025 19:31:00 | US Trustee, 6305 Ivy Lane, Suite 600, Greenbelt, MD 20770-6305 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 01, 2025     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 30, 2025 at the address(es) listed below:

**Name**     **Email Address**

Justin Philip Fasano
    jfasano@mhlawyers.com
    jfasano@ecf.courtdrive.com,tmackey@mhlawyers.com,mevans@mhlawyers.com,cmartin@mhlawyers.com,Fasano.JustinR92003@notify.bestcase.com

L. Jeanette Rice
    Jeanette.Rice@usdoj.gov   USTPRegion04.GB.ECF@USDOJ.GOV

| District/off: 0416-0 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jul 30, 2025 | Form ID: pdfparty | Total Noticed: 3 |

Maurice Belmont VerStandig
mac@mbvesq.com
lisa@mbvesq.com,mahlon@dcbankruptcy.com,mac@dcbankruptcy.com,verstandig.mauricer104982@notify.bestcase.com,verstandiglaw@recap.email

Nicole C. Kenworthy
bdept@mrrlaw.net

Paul Everett Knupp
pek@leeshoemaker.com

Steven H Greenfeld
steveng@cohenbaldinger.com  sgreenfeld@ecf.axosfs.com

Steven H. Greenfeld
steveng@cohenbaldinger.com

US Trustee - Baltimore
USTPRegion04.BA.ECF@USDOJ.GOV

TOTAL: 8

**SO ORDERED**

The hearing is scheduled for August 28, 2025 at 10:00 a.m. in Virtual Courtroom. Please visit www.mdb.uscourts.gov/hearings (see Honorable Lori S. Simpson/All other hearings/Morning Docket) to register and generate Zoom link for hearing participation.



LORI S. SIMPSON
U.S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

In re:    Case No.: **25−12552 − LSS**    Chapter: **11**

**Tristate Development LLC and
Piscataway Bay Holdings LLC**
Debtors

## ORDER SETTING STATUS CONFERENCE

After examination of the record, it appears to the Court that a plan was not filed by the Debtor within the exclusivity period established pursuant to 11 U.S.C. § 1121. The Court determines that this is an appropriate case for the court to conduct a status conference pursuant to 11 U.S.C. § 105(d). Accordingly, it is,

ORDERED, that the status conference will be held on the date and time set forth above, in Virtual Courtroom (for hearing access information see www.mdb.uscourts.gov/hearings or call 410−962−2688).

ORDERED, that no later than fourteen (14) days before the scheduled hearing, counsel for the Debtor shall (i) serve a copy of this order upon the United States Trustee, all secured creditors or their counsel of record, and the ten (10) largest unsecured creditors or their counsel of record, together with a copy of debtor's agenda for the administration of this case, and (ii) file a certificate of such service with the Court.

ORDERED, that at the status conference the Court will take up the following matters, among others:

1. Preliminary outline of the plan to be filed by the Debtor.

2. Establishment of a date for the filing by the Debtor of a disclosure statement and plan.

3. Scheduling litigation that may be necessary to facilitate the processing of this case.

4. Setting a budget for compensation to be paid to counsel for the Debtor and any committee and any other professionals retained under an order of court.

5. Conversion of this case to a case under another chapter.

**End of Order**

04x11 (rev. 09/10/2020) − AmandaKaniowski