IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division

| | | |
|---|---|---|
| In re: | ) | Case No. 25-12552-LSS |
| | ) | (Chapter 11) |
| TRISTATE DEVELOPMENT, LLC | ) | |
| | ) | |
| Debtor. | ) | |
| In re: | ) | Case No. 25-12555-LSS |
| | ) | Chapter 11 (Jointly administered) |
| PISCATAWAY BAY HOLDINGS, LLC | ) | |
| Debtor. | ) | |

**DEBTORS' AGENDA FOR CASE ADMINISTRATION**

COME NOW, the Debtors, by and through their undersigned counsel, and per the Court's Order Setting Conference and proposes the following agenda for the administration of this case:

1. The bar date for the filing of claims was July 28, 2025. The bar date for the filing of governmental claims is September 22, 2025.

2. The Debtors do not anticipate the need for any major litigation in order to propose a Plan of Reorganization.

3. The Debtors have been involved in negotiations with secured creditor, C-Store, Inc. regarding terms for the treatment of its claims in a Plan of Reorganization or terms to govern a dismissal of this Chapter 11 proceeding. The Debtors propose to file a Disclosure Statement and Plan of Reorganization or a Motion to Dismiss this Case by October 2, 2025.

> Respectfully submitted,
> LAW OFFICES OF STEVEN H. GREENFELD, L.L.C.
>
> By:*/s/ Steven H. Greenfeld*
>    Steven H. Greenfeld
>    325 Ellington Blvd, #610
>    Gaithersburg, MD  20878
>    (301) 881-8300
>    steveng@cohenbaldinger.com
>         *Counsel for the Debtors-in-Possession*

1

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 14th day of August 2025, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the foregoing Debtors' agenda for Case Administration and a copy of the Order Setting Status Conference will be served electronically via the Court's CM/ECF system on the following:

Jeanette Rice, Esq.
*Office of the U.S. Trustee*

I HEREBY FURTHER CERTIFY that on the 14th day of August 2025, a copy of the foregoing Debtors' agenda for Case Administration and a copy of the Order Setting Status Conference was also mailed, first class mail, postage prepaid to:

All creditors and parties in interest per the attached mailing matrix

                                              */s/ Steven H. Greenfeld*
                                                Steven H. Greenfeld