| | | |
|---|---|---|
| Piscataway Bay Holdingd, LLC<br>10115 Walker Woods Drive<br>Great Falls, VA   22066-3610 | C-Store, Inc.<br>6404 Ivy Lane, Suite 200<br>Greenbelt, MD 20770-1428 | Prince George's County, MD<br>c/o Meyers, Rodbell & Rosenbaum<br>6801 Kenilworth Avenue, Suite 400<br>Riverdale Park, MD 20737-1331 |
| Bohler Engineering VA, LLC<br>16701 Melford Blvd, Suite 310<br>Bowie, MD 20715-4377 | Jason Pardo<br>4400 Jenifer Street, Suite 2<br>Washington, DC 20015-2089 | Lahyan Diab<br>10115 Walker Woods Drive<br>Great Falls, VA   22066-3610 |
| Maurice B. Verstandig, Esq.<br>The Verstandig Law Firm, LLC<br>1452 W. Horizon Ridge Pkwy, #665<br>Henderson, NV   89012-4422 | Office of the U.S. Trustee<br>6305 Ivy Lane, Ste. 600<br>Greenbelt, MD 20770-6305 | Capitol Design and Development, LLC<br>4600 Powder Mill Road, #200<br>Beltsville, MD 20705-2624 |
| Kelley Diab<br>10115 Walker Woods Drive<br>Great Falls, VA   22066-3610 | Prince George's County, Maryland<br>Suite 1<br>14741 Governor Oden Bowie Drive<br>Upper Marlboro, MD   20772-3053 | Tristate Development LLC<br>10115 Walker Woods Drive<br>Great Falls, VA   22066-3610 |