Entered: August 27th, 2025
Signed: August 26th, 2025

**SO ORDERED**

The hearing is scheduled for October 15, 2025 at 11:00 a.m. via Video Conference. Please visit www.mdb.uscourts.gov (see Honorable Lori S. Simpson/All other hearings/Morning Docket) to register and generate Zoom link for hearing participation.



LORI S. SIMPSON
U.S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
## at Greenbelt

In re:   Case No.: **25–12552 – LSS**   Chapter: **11**

**Tristate Development LLC and
Piscataway Bay Holdings LLC**
Debtors

## ORDER AND NOTICE FOR HEARING
## ON DISCLOSURE STATEMENT

To the Debtor, its creditors, and other parties in interest:

A Disclosure Statement and a Plan under Chapter 11 of the Bankruptcy Code having been filed by C Store, Inc. (the "Plan Sponsor") on August 25, 2025,

IT IS ORDERED, and notice is hereby given, that:

1. The hearing to consider the approval of the Disclosure Statement shall be held in **Virtual Courtroom (for hearing access information see www.mdb.uscourts.gov/hearings or call 410–962–2688), on the date and time indicated above.**

2. **October 1, 2025,** is fixed as the last day for filing and serving in accordance with Federal Bankruptcy Rule 3017(a) written objections to the Disclosure Statement.

3. **Within seven (7) days** after the entry of this Order, this Order and the Disclosure Statement and Plan shall be distributed by the Plan Sponsor in accordance with Federal Bankruptcy Rule 3017(a); and counsel for the Plan Sponsor shall file a certificate of service.

4. Requests for copies of the Disclosure Statement and Plan shall be mailed to the Plan Sponsor, c/o counsel at:

Maurice B. VerStandig, Esq.
The VerStandig Law Firm, LLC
1452 W. Horizon Ridge Pkwy, #665
Henderson, Nevada 89012

cc:   Attorney for Plan Sponsor
        Case Trustee – For Internal Use Only
        U.S. Trustee

**End of Order**

04x03 (rev. 02/27/2017) – AmandaKaniowski