Entered: August 29th, 2025
Signed: August 28th, 2025
**SO ORDERED**



LORI S. SIMPSON
U.S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

In re:    Case No.: **25–12552 – LSS**    Chapter: **11**

**Tristate Development LLC and**
**Piscataway Bay Holdings LLC**
Debtors

### ORDER SETTING DEADLINE TO FILE PLAN AND DISCLOSURE STATEMENT

On August 28, 2025, this case came before the court for a status conference pursuant to the Order Setting Status Conference [Dkt. No. 40]. For the reasons stated on the record at the status conference, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that Debtors shall file a disclosure statement that is reasonably susceptible to approval and a Plan that is reasonably susceptible to confirmation by September 11, 2025, or the Court may dismiss this case or to convert it to Chapter 7 without further notice or a hearing.

cc: Debtor
 Attorney for Debtor – Steven H. Greenfeld
 Case Trustee – For Internal Use Only
 U.S. Trustee

**End of Order**