_____RETAIN

**Lori S. Simpson , U. S. BANKRUPTCY JUDGE**

Evidentiary Hrg: Y N
Exhibits Filed: Y N

PROCEEDING MEMO – CHAPTER 11

Date: 08/28/2025 Time: 10:00

**CASE: 25–12552 Tristate Development LLC and Piscataway Bay Holdings LLC**

✓Steven H Greenfeld and Steven H. Greenfeld representing Tristate Development LLC (Debtor)

Steven H Greenfeld and Steven H. Greenfeld representing Piscataway Bay Holdings LLC (Jointly Administered Debtor)

✓M. Verstandig, on behalf of creditor.

✓L. Jeanette Rice representing U.S. Trustee (U.S. Trustee)

[40] Order Setting Status Conference. Status conference to be held on 8/28/2025 at 10:00 AM. Virtual hearing – For hearing access information see www.mdb.uscourts.gov/hearings or call 410-962-2688.

PLAN/DISCLOSURE STATEMENT DISPOSITIONS:

Approved_____Denied Approval_____Deadline to file Amended D/S_____

Other_____

Confirmed_____as modified by _____

Denied Confirmation_____with leave to amend by_____

Other_____

DISPOSITIONS:

Granted_____Denied_____Withdrawn_____Consent_____Default_____Under Adv._____

Moot_____Dismissed_____Relief by Operation of Law (no order req.)_____

Continued to: _____

DECISION:

[ ] Signed by Court          [ ] Filed by Counsel
[ ] To be prepared by:
    [ ] Movant's counsel          [ ] Court
    [ ] Respondent's counsel      [ ] Other _____

NOTES: Status conf. held. D to file plan and dst within 14 days.