United States Bankruptcy Court
District of Maryland

In re:  Case No. 25-12552-LSS
Tristate Development LLC  Chapter 11
Piscataway Bay Holdings LLC
    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0416-0 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Aug 27, 2025 | Form ID: pdfparty | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 29, 2025:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
|  | Email/Text: Jeanette.Rice@usdoj.gov | Aug 27 2025 19:41:00 | L. Jeanette Rice, Office of the U. S. Trustee, 6305 Ivy Lane, Suite 600, Greenbelt, MD 20770 |
| + | Email/Text: ustpregion04.gb.ecf@usdoj.gov | Aug 27 2025 19:43:00 | U.S. Trustee, Office of The United States Trustee, 6305 Ivy Lane, Suite 600, Greenbelt, MD 20770-6305 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 29, 2025    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 27, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Justin Philip Fasano | jfasano@mhlawyers.com<br>jfasano@ecf.courtdrive.com,tmackey@mhlawyers.com,mevans@mhlawyers.com,cmartin@mhlawyers.com,Fasano.JustinR92003@notify.bestcase.com |
| L. Jeanette Rice | Jeanette.Rice@usdoj.gov  USTPRegion04.GB.ECF@USDOJ.GOV |

| District/off: 0416-0 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Aug 27, 2025 | Form ID: pdfparty | Total Noticed: 2 |

Maurice Belmont VerStandig
mac@mbvesq.com
lisa@mbvesq.com,mahlon@dcbankruptcy.com,mac@dcbankruptcy.com,verstandig.mauricer104982@notify.bestcase.com,verstandiglaw@recap.email

Nicole C. Kenworthy
bdept@mrrlaw.net

Paul Everett Knupp
pek@leeshoemaker.com

Steven H Greenfeld
steveng@cohenbaldinger.com  sgreenfeld@ecf.axosfs.com

Steven H. Greenfeld
steveng@cohenbaldinger.com

US Trustee - Baltimore
USTPRegion04.BA.ECF@USDOJ.GOV

TOTAL: 8

**SO ORDERED**

The hearing is scheduled for October 15, 2025 at 11:00 a.m. via Video Conference. Please visit www.mdb.uscourts.gov (see Honorable Lori S. Simpson/All other hearings/Morning Docket) to register and generate Zoom link for hearing participation.



LORI S. SIMPSON
U.S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

In re:   Case No.: **25−12552 − LSS**   Chapter: **11**

**Tristate Development LLC and**
**Piscataway Bay Holdings LLC**
Debtors

## ORDER AND NOTICE FOR HEARING
## ON DISCLOSURE STATEMENT

To the Debtor, its creditors, and other parties in interest:

A Disclosure Statement and a Plan under Chapter 11 of the Bankruptcy Code having been filed by C Store, Inc. (the "Plan Sponsor") on August 25, 2025,

IT IS ORDERED, and notice is hereby given, that:

1. The hearing to consider the approval of the Disclosure Statement shall be held in
**Virtual Courtroom (for hearing access information see www.mdb.uscourts.gov/hearings or call 410−962−2688), on the date and time indicated above.**

2. **October 1, 2025,** is fixed as the last day for filing and serving in accordance with Federal Bankruptcy Rule 3017(a) written objections to the Disclosure Statement.

3. **Within seven (7) days** after the entry of this Order, this Order and the Disclosure Statement and Plan shall be distributed by the Plan Sponsor in accordance with Federal Bankruptcy Rule 3017(a); and counsel for the Plan Sponsor shall file a certificate of service.

4. Requests for copies of the Disclosure Statement and Plan shall be mailed to the Plan Sponsor, c/o counsel at:

Maurice B. VerStandig, Esq.
The VerStandig Law Firm, LLC
1452 W. Horizon Ridge Pkwy, #665
Henderson, Nevada 89012

cc:   Attorney for Plan Sponsor
      Case Trustee − For Internal Use Only
      U.S. Trustee

**End of Order**

04x03 (rev. 02/27/2017) − AmandaKaniowski