United States Bankruptcy Court
District of Maryland

In re:  
Tristate Development LLC  
Piscataway Bay Holdings LLC  
    Debtors

Case No. 25-12552-LSS  
Chapter 11

# CERTIFICATE OF NOTICE

| District/off: 0416-0 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Aug 29, 2025 | Form ID: pdfparty | Total Noticed: 3 |

The following symbols are used throughout this certificate:  
**Symbol   Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 31, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Tristate Development LLC, 1015 Walker Woods Drive, Great Falls, VA 22066 |
| jadb | + | Piscataway Bay Holdings LLC, 10115 Walker Woods Drive, Great Falls, VA 22066-3610 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| | Email/Text: Jeanette.Rice@usdoj.gov | Aug 29 2025 19:42:00 | L. Jeanette Rice, Office of the U. S. Trustee, 6305 Ivy Lane, Suite 600, Greenbelt, MD 20770 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 31, 2025      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 29, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Justin Philip Fasano | jfasano@mhlawyers.com<br>jfasano@ecf.courtdrive.com,tmackey@mhlawyers.com,mevans@mhlawyers.com,cmartin@mhlawyers.com,Fasano.JustinR92003@notify.bestcase.com |
| L. Jeanette Rice | Jeanette.Rice@usdoj.gov  USTPRegion04.GB.ECF@USDOJ.GOV |

| District/off: 0416-0 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Aug 29, 2025 | Form ID: pdfparty | Total Noticed: 3 |

Maurice Belmont VerStandig
    mac@mbvesq.com
    lisa@mbvesq.com,mahlon@dcbankruptcy.com,mac@dcbankruptcy.com,verstandig.mauricer104982@notify.bestcase.com,verstandiglaw@recap.email

Nicole C. Kenworthy
    bdept@mrrlaw.net

Paul Everett Knupp
    pek@leeshoemaker.com

Steven H Greenfeld
    steveng@cohenbaldinger.com  sgreenfeld@ecf.axosfs.com

Steven H. Greenfeld
    steveng@cohenbaldinger.com

US Trustee - Baltimore
    USTPRegion04.BA.ECF@USDOJ.GOV

TOTAL: 8

Entered: August 29th, 2025
Signed: August 28th, 2025
**SO ORDERED**



LORI S. SIMPSON
U.S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
# at Greenbelt

In re:   Case No.: **25−12552 − LSS**   Chapter: **11**

**Tristate Development LLC and**
**Piscataway Bay Holdings LLC**
Debtors

## ORDER SETTING DEADLINE TO FILE PLAN AND DISCLOSURE STATEMENT

On August 28, 2025, this case came before the court for a status conference pursuant to the Order Setting Status Conference [Dkt. No. 40]. For the reasons stated on the record at the status conference, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that Debtors shall file a disclosure statement that is reasonably susceptible to approval and a Plan that is reasonably susceptible to confirmation by September 11, 2025, or the Court may dismiss this case or to convert it to Chapter 7 without further notice or a hearing.

cc:   Debtor
      Attorney for Debtor − Steven H. Greenfeld
      Case Trustee − For Internal Use Only
      U.S. Trustee

**End of Order**