Entered: September 17th, 2025
Signed: September 17th, 2025

**SO ORDERED**



**LORI S. SIMPSON
U.S. BANKRUPTCY JUDGE**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
## at Greenbelt

In re:   Case No.: **25–12552 – LSS**   Chapter: **11**

**Tristate Development LLC and
Piscataway Bay Holdings LLC**
Debtors

## ORDER AND NOTICE FOR HEARING
## ON DISCLOSURE STATEMENT

To the Debtor, its creditors, and other parties in interest:

A Disclosure Statement and a Plan under Chapter 11 of the Bankruptcy Code having been filed by Piscataway Bay Holdings LLC and Tristate Development LLC (the "Plan Sponsor") on September 12, 2025,

IT IS ORDERED, and notice is hereby given, that:

1. The hearing to consider the approval of the Disclosure Statement shall be held in
**Virtual Courtroom (for hearing access information see www.mdb.uscourts.gov/hearings or call 410–962–2688), on October 15, 2025 at 11:00a.m.**

2. **October 14, 2025** is fixed as the last day for filing and serving in accordance with Federal Bankruptcy Rule 3017(a) written objections to the Disclosure Statement.

3. **Within seven (7) days** after the entry of this Order, this Order and the Disclosure Statement and Plan shall be distributed by the Plan Sponsor in accordance with Federal Bankruptcy Rule 3017(a); and counsel for the Plan Sponsor shall file a certificate of service.

4. Requests for copies of the Disclosure Statement and Plan shall be mailed to the Plan Sponsor, c/o counsel at:

Steven H Greenfeld
325 Ellington Boulevard, Box 610
Gaithersburg, MD 20878

cc:   Attorney for Plan Sponsor
      Case Trustee – For Internal Use Only

**End of Order**

04x03 (rev. 02/27/2017) – AmandaKaniowski