UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| TRISTATE DEVELOPMENT, LLC | ) | Case No.  25-12552-ELG |
| PISCATAWAY BAY HOLDINGS, LLC | ) | Chapter 11 |
| Debtor. | ) | (Jointly administered) |
| _____ | ) | |

## CERTIFICATE OF SERVICE

I, Steven Greenfeld, hereby certify that on this 19th day of September 2021, copies of the

Chapter 11 Plan of Reorganization propounded by the Debtors-in-Possession (ECF 52), Disclosure

Statement for Plan Propounded by Debtors-in-Possession (ECF 53), and the Order and Notice for

Hearing on Disclosure Statement (ECF 55), was mailed upon the following parties via first-class

mail, postage prepaid:

> All creditor and parties in interest per
> the Court's mailing matrix, a copy of
> which is attached hereto and made a
> part hereof.

> Respectfully submitted,
> LAW OFFICE OF
> STEVEN H. GREENFELD, LLC

> By: */s/ Steven H. Greenfeld*
> Steven H. Greenfeld
> 325 Ellington Blvd., #610
> Gaithersburg, MD 20878
> (301) 881-8300
> steveng@cohenbaldinger.com
> Attorney for the Debtors-in-Possession

Dated: September 19, 2025