United States Bankruptcy Court
District of Maryland

In re:                                                                Case No. 25-12552-LSS

Tristate Development LLC                                Chapter 11

Piscataway Bay Holdings LLC

　　Debtors

# CERTIFICATE OF NOTICE

District/off: 0416-0                          User: admin                                    Page 1 of 2

Date Rcvd: Oct 02, 2025                   Form ID: defntc                            Total Noticed: 2

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 04, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Tristate Development LLC, 1015 Walker Woods Drive, Great Falls, VA 22066 |
| jadb | + | Piscataway Bay Holdings LLC, 10115 Walker Woods Drive, Great Falls, VA 22066-3610 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 04, 2025                          Signature:　　　　　/s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 1, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Justin Philip Fasano | jfasano@mhlawyers.com jfasano@ecf.courtdrive.com,tmackey@mhlawyers.com,mevans@mhlawyers.com,cmartin@mhlawyers.com,Fasano.JustinR92003@notify.bestcase.com |
| L. Jeanette Rice | Jeanette.Rice@usdoj.gov  USTPRegion04.GB.ECF@USDOJ.GOV |
| Maurice Belmont VerStandig | mac@mbvesq.com lisa@mbvesq.com,mahlon@dcbankruptcy.com,mac@dcbankruptcy.com,verstandig.mauricer104982@notify.bestcase.com,verstandiglaw@recap.email |
| Nicole C. Kenworthy | |

District/off: 0416-0

Date Rcvd: Oct 02, 2025

User: admin

Form ID: defntc

Page 2 of 2

Total Noticed: 2

bdept@mrrlaw.net

Paul Everett Knupp

pek@leeshoemaker.com

Steven H Greenfeld

steveng@cohenbaldinger.com  sgreenfeld@ecf.axosfs.com

Steven H. Greenfeld

steveng@cohenbaldinger.com

US Trustee - Baltimore

USTPRegion04.BA.ECF@USDOJ.GOV

TOTAL: 8

## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF MARYLAND
### at Greenbelt

In re:      Case No.: **25−12552 − LSS**      Chapter: **11**

**Tristate Development LLC and**
**Piscataway Bay Holdings LLC**
Debtors

# DEFICIENCY NOTICE

DOCUMENT:    59 − Objection to Approval of Disclosure Statement filed by C−Store Inc. on behalf of Tristate Development LLC Filed by Steven H. Greenfeld (related document(s)45 Disclosure Statement filed by Creditor C Store, Inc.). (Greenfeld, Steven)Modified on 10/1/2025: enhanced docket text. (Kaniowski, Amanda).

PROBLEM:    **The following items are deficient for the above pleading, and must be cured by 10/15/25.**

**The Objection does not have a case caption. A Certificate of Service was not filed.**

CURE:    Please file an Amended Objection with a case caption and a Certificate of Service.

CONSEQUENCE:    Failure to cure the problem by the date above may result in the pleading being stricken or other action the Court deems appropriate without further notice. For a proposed order, the failure to cure the problem may result in the relief sought being denied for want of prosecution.

**Additional information on filing requirements: http://www.mdb.uscourts.gov/content/filing−requirements.**
**Additional information for non−attorney filers: http://www.mdb.uscourts.gov/content/after−filing.**

Dated: 10/1/25

Mark A. Neal, Clerk of Court
by Deputy Clerk, Amanda Kaniowski
410−962−4104

cc:    Debtor
Attorney for Debtor − Steven H. Greenfeld

defntc (rev. 09/01/2025)