_____                    _____RETAIN

**Lori S. Simpson , U. S. BANKRUPTCY JUDGE**                Evidentiary Hrg: Y N
                                                            Exhibits Filed: Y N

PROCEEDING MEMO - CHAPTER 11

Date: 10/15/2025 Time: 11:00

**CASE: 25-12552 Tristate Development LLC and Piscataway Bay Holdings LLC**

✓Steven H Greenfeld and Steven H. Greenfeld representing Tristate Development LLC (Debtor)

Steven H Greenfeld and Steven H. Greenfeld representing Piscataway Bay Holdings LLC (Jointly Administered Debtor)

representing For Internal Use Only (Trustee)

(no aty) US Trustee - Baltimore (U.S. Trustee)

✓L. Jeanette Rice representing U.S. Trustee (U.S. Trustee)

[45] Disclosure Statement Filed by C Store, Inc.
. (Attachments: #s1 Exhibit A - Plan of Reorganization)

**MOVANT** : C Store, Inc. BY ✓M VerStandig

[53] Disclosure Statement *for Plan of Reorganization Propounded by Debtors-in-Possession* Filed by Piscataway Bay Holdings LLC, Tristate Development LLC.

**MOVANT** : Tristate Development LLC Piscataway Bay Holdings LLC BY S Greenfeld S Greenfeld S Greenfeld S Greenfeld

[61] Opposition on behalf of Tristate Development LLC Filed by Steven H. Greenfeld (related document(s) 60 Deficiency Notice).

**MOVANT** : Tristate Development LLC BY S Greenfeld S Greenfeld

PLAN/DISCLOSURE STATEMENT DISPOSITIONS:

Approved_____ Denied Approval_____ Deadline to file Amended D/S_____

Other_____

Confirmed_____ as modified by _____

Denied Confirmation_____ with leave to amend by_____

Other_____

DISPOSITIONS:

Granted_____ Denied_____ Withdrawn_____ Consent_____ Default_____ Under Adv._____

Moot_____ Dismissed_____ Relief by Operation of Law (no order req.)_____

Continued to: _____

DECISION:

   [ ] Signed by Court           [ ] Filed by Counsel
   [ ] To be prepared by:
      [ ] Movant's counsel      [ ] Court
      [ ] Respondent's counsel  [ ] Other _____

NOTES: [45,53] approved.  C store to make additions as indicated at the hearing. Parties to work together on form of ballot and share costs of distributing the competing plans and dsts.   Conf. 12-9 at 10 am.