Entered: October 27th, 2025
Signed: October 27th, 2025
**SO ORDERED**



LORI S. SIMPSON
U.S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

| | | |
|---|---|---|
| In re: | * | |
| Tristate Development, LLC | * | Case No. 25-12552-LSS |
|     Debtor. | * | Chapter 11 – Jointly Administered |
| * * * * * * | * | * * * * * * |
| In re: | * | |
| Piscataway Bay Holdings, LLC | * | Case No. 25-12555-LSS |
|     Debtor. | * | Chapter 11 |
| * * * * * * | * | * * * * * * |

### ORDER APPROVING COMPETING DISCLOSURE STATEMENTS

This case came before the Court for a hearing on October 15, 2025, for consideration of approval of the Disclosure Statement [Dkt. No. 53], filed by Debtors-in-Possession, Tristate Development LLC and Piscataway Bay Holdings LLC ("Debtors"), the Disclosure Statement [Dkt. No. 45], filed by C Store, Inc., and the Objection [Dkt. No. 61], filed by Debtors.

At the hearing, the Court, approved Debtors' Disclosure Statement [Dkt. No. 53] and held

1

that it would approve C Store's Disclosure Statement [Dkt. No. 45] with certain changes. On October 23, 2025, C Store filed its Amended Disclosure Statement [Dkt. No. 64]. Upon reviewing C Store's Amended Disclosure Statement [Dkt. No. 64] and the record as a whole, the Court finds and concludes that C Store made the changes as directed and that C Store's Amended Disclosure Statement [Dkt. No. 64] should be approved.

The parties and the Court discussed issues of timing relating to the mailing of the disclosure statements and Chapter 11 plan packets as well as solicitation of votes. The Court has determined that the parties should proceed with mailing their respective Chapter 11 plan packets and disclosure statements to all interested parties. Further, the Court has determined that Debtors and C Store shall endeavor to jointly prepare a notice soliciting voting on the competing Chapter 11 plans. Finally, the Court has determined that, unless otherwise ordered by the Court, voting on the competing Chapter 11 plans should be by a single ballot with an opportunity for the parties in interest to vote on each Chapter 11 plan and to state a preference for one of the competing Chapter 11 plans and that all votes should be mailed to a single location to be agreed upon by the parties.

Based on the foregoing, it is, by the United States Bankruptcy Court for the District of Maryland,

**ORDERED**, that Debtors' Disclosure Statement [Dkt. No. 53] is **APPROVED**; and it is further,

**ORDERED**, that C Store's Amended Disclosure Statement [Dkt. No. 64] is **APPROVED**; and it is further,

**ORDERED**, that Debtors' Objection [Dkt. No. 61] is **OVERRULED** as moot in light of

the revisions incorporated in C Store's Amended Disclosure Statement [Dkt. No. 64]; and it is further,

**ORDERED**, that the Court will hold a hearing on confirmation for Debtors' Chapter 11 Plan of Reorganization [Dkt. No. 52] and C Store's Chapter 11 Plan of Reorganization [Dkt. No. 44] on <u>**Tuesday, December 9, 2025. at 10:00 a.m.**</u> in Courtroom 3E of the U.S. Bankruptcy Court, U.S. Courthouse, 6500 Cherrywood Lane, Greenbelt, Maryland 20770.

**ORDERED**, that, within 7 days after the entry of this Order, Debtors shall transmit a copy of their Chapter 11 Plan of Reorganization [Dkt. No. 52] and Disclosure Statement [Dkt. No. 53] to creditors, equity security holders, other parties in interest, and the United States Trustee, as provided in Federal Bankruptcy Rule 3017(d) and counsel for Debtors shall promptly file a certificate of service; and it is further,

**ORDERED**, that, within 7 days after the entry of this Order, C Store shall transmit a copy of its Chapter 11 Plan of Reorganization [Dkt. No. 44] and Amended Disclosure Statement [Dkt. No. 64] to creditors, equity security holders, other parties in interest, and the United States Trustee, as provided in Federal Bankruptcy Rule 3017(d) and counsel for C Store shall promptly file a certificate of service; and it is further,

**ORDERED**, that counsel for C Store and Debtors are directed to confer regarding a form of joint ballot to be used for solicitation of the competing Chapter 11 plans and, if agreement is reached, to file the agreed form of joint ballot with the Court; and it is further,

**ORDERED**, that, after either the parties file an agreed form of joint ballot or the Court otherwise approves a form of joint ballot, the Court will enter a separate order providing the manner and timing for the mailing of the solicitation of votes on the competing Chapter 11 plans

in accordance with 11 U.S.C. § 1125 and Federal Bankruptcy Rule 3017.

cc:   Debtors – Steven H. Greenfeld
      C Store - Maurice Belmont VerStandig & Justin Philip Fasano
      United States Trustee – L. Jeanette Rice

**End of Order**