IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division

| | | |
|---|---|---|
| In re: | ) | Case No. 25-12552-LSS |
| | ) | (Chapter 11) |
| TRISTATE DEVELOPMENT, LLC | ) | |
| | ) | |
| Debtor. | ) | |
| In re: | ) | Case No. 25-12555-LSS |
| | ) | Chapter 11 (Jointly administered) |
| PISCATAWAY BAY HOLDINGS, LLC | ) | |
| Debtor. | ) | |

## PRACIPE

To the Honorable Lori Simpson, Judge;

Attached please find a proposed ballot to be used for voting in the above-referenced cases. This proposed ballot has been circulated, and has been approved by counsel for the Debtors-in-Possession and C-Store, Inc, a secured creditor.

Respectfully submitted,
LAW OFFICES OF STEVEN H. GREENFELD, L.L.C.

By:*/s/ Steven H. Greenfeld*
   Steven H. Greenfeld
   325 Ellington Blvd, #610
   Gaithersburg, MD   20878
   (301) 881-8300
   steveng@cohenbaldinger.com
      *Counsel for the Debtors-in-Possession*

1

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 11th day of November 2025, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the foregoing Praecipe and accompanying ballot will be served electronically via the Court's CM/ECF system on the following:

Jeanette Rice, Esq.
*Office of the U.S. Trustee*

Maurice VerStandig, Esq.
*Counsel for C-Store, Inc.*

I HEREBY FURTHER CERTIFY that on the 11th day of November 2025, a copy of the foregoing Praecipe and accompanying proposed ballot was also mailed, first class mail, postage prepaid to: None

                */s/ Steven H. Greenfeld*
                Steven H. Greenfeld