UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| TRISTATE DEVELOPMENT, LLC, | ) | Case No. |
| | ) | Chapter 11 |
| Debtor. | ) | (Jointly administered) |
| _____ | ) | |
| In re: | ) | |
| | ) | |
| PISCATAWAY BAY HOLDINGS, LLC | ) | Case No. |
| | ) | Chapter 11 |
| Debtor | ) | |

**BALLOT FOR ACCEPTING OR REJECTING
PLAN OF REORGANIZATION**

　　　　Tristate Development, LLC and Piscataway Bay Holdings, LLC, (the "Debtors") filed a Chapter 11 Plan of Reorganization dated _____ (the "Debtor's Plan"). The Court has approved a Disclosure Statement with respect to the Plan ("Debtor's Disclosure Statement"). C-Store, Inc. ("C-Store") a creditor, filed a Chapter 11 Plan of Reorganization dated _____ in the case of Tristate Development only.  The Court has approved C-Store's Disclosure Statement. The Disclosure Statements provides information to assist you in deciding how to vote your ballot.

　　　　The Plans and Disclosure Statements are enclosed herewith, as well as an Order and Notice of Hearing concerning confirmation of the Plan, and a ballot.  If you do not receive any of these documents in this package, you may obtain a copy from Steven Greenfeld, Esq., 325 Ellington Boulevard, #61, Gaithersburg, MD 20878, (301) 881-8300, steveng@cohenbaldinger.com

　　　　Court approval of the Disclosure Statements does not indicate approval of either Plan by the Court.

　　　　You should review the Disclosure Statements and the Plans before you vote. You may wish to seek legal advice concerning the Plans and your classification and treatment under the Plan. If you hold claims or equity interests in more than one class, you may cast a ballot for each class in which you are entitled to vote.

　　　　If your ballot is not received by Steven Greenfeld on or before _____, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plans.

　　　　If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote. If both Plans are determined to be confirmable, the Ballot provides for you to favor one Plan over the other.

**ACCEPTANCE OR REJECTION OF THE PLANS**

**Ballot for the Debtors' Plan:**

      The undersigned, _____, the holder of a Class __ Claim against the Debtor in the unpaid amount of $_____:

[ ] ACCEPTS THE PLAN                      [ ] REJECTS THE PLAN

**Ballot for the C-Store's Plan:**

      The undersigned, _____, the holder of a Class __ Claim against the Debtor in the unpaid amount of $_____:

[ ] ACCEPTS THE PLAN                      [ ] REJECTS THE PLAN

**If both the Debtors' Plan and C-Store's Plan are determined to be confirmable, I favor confirmation of:**

[ ] THE DEBTORS' PLAN                  [ ] C-STORE'S PLAN


Dated: _____

SIGNATURE: _____

Print or type name: _____

Title (if corporation or partnership) _____

Address:       _____
                    _____
                    _____

RETURN THIS BALLOT TO:
Steven H. Greenfeld, Esq.
325 Ellington Boulevard, #610
Gaithersburg, MD  20878
steveng@cohenbaldinger.com

DUE: _____.