Entered: November 12th, 2025
Signed: November 12th, 2025
**SO ORDERED**



LORI S. SIMPSON
U.S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

| | | |
|---|---|---|
| In re: | * | |
| Tristate Development LLC and, | * | Case No.   25-12552-LSS |
| Piscataway Bay Holdings LLC, | * | Chapter   11 |
| | * | |
| Debtor. | | |
| | * | |

### ORDER TO SHOW CAUSE AS TO WHY
### CHAPTER 11 PLANS AND DISCLSOURE STATEMENTS SHOULD NOT BE STRICKEN

On August 27, 2025, the Court entered the Order Approving Competing Disclosure Statements [Dkt. No. 65], which provided that both Debtors and C Store, Inc. shall serve copies of their respective Chapter 11 Plans and Disclosure Statements and file a certificate of service therefore within 7 days of the entry of the order. Neither Debtors nor C Store have file the required certificate of service Wherefore, it is, by the United States Bankruptcy Court for the District of Maryland,

**ORDERED** that, no later than **November 19, 2025**, Debtors and C Store shall show cause in a writing filed with the Clerk of the United States Bankruptcy Court, U.S. Courthouse, Greenbelt, why their respective Chapter 11 Plan and Disclosure Statement should not be stricken

from the record in this case for failure to timely serve as required under the Order Approving Competing Disclosure Statements [Dkt. No. 65]; and it is further,

**ORDERED**, that unless Debtors and C Store show sufficient cause as described above the Court may enter an order striking their respective Chapter 11 Plan and Disclosure Statement without further notice or a hearing.

cc: Plan Sponsor - Maurice VerStandig
  Debtor
  Debtor's Counsel – Steven H. Greenfeld
  US Trustee – L. Jeanette Rice

**END OF ORDER**