Entered: November 12th, 2025
Signed: November 12th, 2025

**SO ORDERED**



**LORI S. SIMPSON**
**U.S. BANKRUPTCY JUDGE**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
## at Greenbelt

| | | | |
|---|---|---|---|
| In re: | * | | |
| Tristate Development LLC and, | * | Case No. | 25-12552-LSS |
| Piscataway Bay Holdings LLC, | * | Chapter | 11 |
| | * | | |
| Debtor. | * | | |

## ORDER APPROVING JOINT BALLOT

On August 27, 2025, the Court entered the Order Approving Competing Disclosure Statements [Dkt. No. 65], wherein the Court approved (1) the Debtors' Disclosure Statement [Dkt. No. 53] for Debtors' Chapter 11 Plan of Reorganization [Dkt. No. 52] ("Debtors' Plan") and (2) C Store Inc.'s Amended Disclosure Statement [Dkt. No. 64] for C Store's Chapter 11 Plan of Reorganization [Dkt. No. 44] ("C Store's Plan"). On November 10, 2025, the parties filed a Praecipe [Dkt. No. 68] attaching a proposed form of joint ballot titled Ballot for Accepting or Rejecting Plan of Reorganization [Dkt. No. 68-1] ("Joint Ballot"). Upon review of the Joint Ballot, the Court has determined that it should be approved. Wherefore, it is, by the United States Bankruptcy Court for the District of Maryland,

**ORDERED**, that the Joint Ballot is approved; and it is further,

**ORDERED**, that **December 1, 2025**, is fixed as the last day of filing written acceptances or rejections of the Debtors' Plan and C Store's Plan; and it is further,

**ORDERED**, that acceptances and rejections for both plans should be filed with the following designated balloting agent ("Balloting Agent") at the address below:

Steven H. Greenfeld, Esq.
325 Ellington Boulevard, #610
Gaithersburg, MD 20878
steveng@cohenbaldinger.com

; and it is further,

**ORDERED**, that, within three (3) days of the entry of this Order, the Balloting Agent shall transmit a copy of (i) this Order; (ii) the Order Approving Competing Disclosure Statements [Dkt. No. 65]; (iii) Notice of the Confirmation Hearing; and the Joint Ballot to creditors, equity security holders, other parties in interest, and the United States Trustee, as provided in Federal Bankruptcy Rule 3017(d) and file a certificate of service; and it is further,

**ORDERED**, that **December 1, 2025**, is fixed as the last day for filing and serving pursuant to Fed. R. Bankr. P. 3002(b)(1) written objection to confirmation of Debtors' Plan and C Store's Plan.

cc:  C Store, Inc. - Maurice VerStandig
 Debtor
 Debtor's Counsel – Steven H. Greenfeld
 US Trustee – L. Jeanette Rice

**END OF ORDER**