United States Bankruptcy Court
District of Maryland

| | |
|---|---|
| In re: | Case No. 25-12552-LSS |
| Tristate Development LLC | Chapter 11 |
| Piscataway Bay Holdings LLC | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0416-0 | User: admin | Page 1 of 2 |
| Date Rcvd: Nov 12, 2025 | Form ID: pdfparty | Total Noticed: 4 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 14, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Tristate Development LLC, 1015 Walker Woods Drive, Great Falls, VA 22066 |
| cr | + | C Store, Inc., 6404 Ivy Lane Suite 200, Suite 820, Greenbelt, MD 20770-1428 |
| jadb | + | Piscataway Bay Holdings LLC, 10115 Walker Woods Drive, Great Falls, VA 22066-3610 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| | Email/Text: Jeanette.Rice@usdoj.gov | Nov 12 2025 20:29:00 | L. Jeanette Rice, Office of the U. S. Trustee, 6305 Ivy Lane, Suite 600, Greenbelt, MD 20770 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 14, 2025    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 12, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Justin Philip Fasano | jfasano@mhlawyers.com |
| | jfasano@ecf.courtdrive.com,tmackey@mhlawyers.com,mevans@mhlawyers.com,cmartin@mhlawyers.com,Fasano.JustinR92003@notify.bestcase.com |
| L. Jeanette Rice | |

District/off: 0416-0 | User: admin | Page 2 of 2
Date Rcvd: Nov 12, 2025 | Form ID: pdfparty | Total Noticed: 4

    Jeanette.Rice@usdoj.gov  USTPRegion04.GB.ECF@USDOJ.GOV

Maurice Belmont VerStandig
    mac@mbvesq.com
    lisa@mbvesq.com,mahlon@dcbankruptcy.com,mac@dcbankruptcy.com,verstandig.mauricer104982@notify.bestcase.com,verstandiglaw@recap.email

Nicole C. Kenworthy
    bdept@mrrlaw.net

Paul Everett Knupp
    pek@leeshoemaker.com

Steven H Greenfeld
    steveng@cohenbaldinger.com  sgreenfeld@ecf.axosfs.com

Steven H. Greenfeld
    steveng@cohenbaldinger.com

US Trustee - Baltimore
    USTPRegion04.BA.ECF@USDOJ.GOV

TOTAL: 8



**LORI S. SIMPSON
U.S. BANKRUPTCY JUDGE**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

| | | |
|---|---|---|
| In re: | * | |
| Tristate Development LLC and, | * | Case No. 25-12552-LSS |
| Piscataway Bay Holdings LLC, | * | Chapter 11 |
| | * | |
| Debtor. | * | |

## ORDER TO SHOW CAUSE AS TO WHY
## CHAPTER 11 PLANS AND DISCLSOURE STATEMENTS SHOULD NOT BE STRICKEN

On August 27, 2025, the Court entered the Order Approving Competing Disclosure Statements [Dkt. No. 65], which provided that both Debtors and C Store, Inc. shall serve copies of their respective Chapter 11 Plans and Disclosure Statements and file a certificate of service therefore within 7 days of the entry of the order. Neither Debtors nor C Store have file the required certificate of service Wherefore, it is, by the United States Bankruptcy Court for the District of Maryland,

**ORDERED** that, no later than **November 19, 2025**, Debtors and C Store shall show cause in a writing filed with the Clerk of the United States Bankruptcy Court, U.S. Courthouse, Greenbelt, why their respective Chapter 11 Plan and Disclosure Statement should not be stricken

from the record in this case for failure to timely serve as required under the Order Approving Competing Disclosure Statements [Dkt. No. 65]; and it is further,

**ORDERED**, that unless Debtors and C Store show sufficient cause as described above the Court may enter an order striking their respective Chapter 11 Plan and Disclosure Statement without further notice or a hearing.

cc:  Plan Sponsor - Maurice VerStandig
     Debtor
     Debtor's Counsel – Steven H. Greenfeld
     US Trustee – L. Jeanette Rice

**END OF ORDER**