United States Bankruptcy Court
District of Maryland

| | |
|---|---|
| In re: | Case No. 25-12552-LSS |
| Tristate Development LLC | Chapter 11 |
| Piscataway Bay Holdings LLC | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0416-0 | User: admin | Page 1 of 2 |
| Date Rcvd: Nov 12, 2025 | Form ID: pdfparty | Total Noticed: 3 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 14, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Tristate Development LLC, 1015 Walker Woods Drive, Great Falls, VA 22066 |
| cr | + | C Store, Inc., 6404 Ivy Lane Suite 200, Suite 820, Greenbelt, MD 20770-1428 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| | Email/Text: Jeanette.Rice@usdoj.gov | Nov 12 2025 20:29:00 | L. Jeanette Rice, Office of the U. S. Trustee, 6305 Ivy Lane, Suite 600, Greenbelt, MD 20770 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 14, 2025        Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 12, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Justin Philip Fasano | jfasano@mhlawyers.com |
| | jfasano@ecf.courtdrive.com,tmackey@mhlawyers.com,mevans@mhlawyers.com,cmartin@mhlawyers.com,Fasano.JustinR92003@notify.bestcase.com |
| L. Jeanette Rice | Jeanette.Rice@usdoj.gov  USTPRegion04.GB.ECF@USDOJ.GOV |

District/off: 0416-0 | User: admin | Page 2 of 2
Date Rcvd: Nov 12, 2025 | Form ID: pdfparty | Total Noticed: 3

Maurice Belmont VerStandig
    mac@mbvesq.com
    lisa@mbvesq.com,mahlon@dcbankruptcy.com,mac@dcbankruptcy.com,verstandig.mauricer104982@notify.bestcase.com,verstandiglaw@recap.email

Nicole C. Kenworthy
    bdept@mrrlaw.net

Paul Everett Knupp
    pek@leeshoemaker.com

Steven H Greenfeld
    steveng@cohenbaldinger.com  sgreenfeld@ecf.axosfs.com

Steven H. Greenfeld
    steveng@cohenbaldinger.com

US Trustee - Baltimore
    USTPRegion04.BA.ECF@USDOJ.GOV

TOTAL: 8

Entered: November 12th, 2025
Signed: November 12th, 2025

**SO ORDERED**



LORI S. SIMPSON
U.S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

| | | |
|---|---|---|
| In re: | * | |
| Tristate Development LLC and, | * | Case No.   25-12552-LSS |
| Piscataway Bay Holdings LLC, | * | Chapter   11 |
| | * | |
| Debtor. | * | |

### ORDER APPROVING JOINT BALLOT

On August 27, 2025, the Court entered the Order Approving Competing Disclosure Statements [Dkt. No. 65], wherein the Court approved (1) the Debtors' Disclosure Statement [Dkt. No. 53] for Debtors' Chapter 11 Plan of Reorganization [Dkt. No. 52] ("Debtors' Plan") and (2) C Store Inc.'s Amended Disclosure Statement [Dkt. No. 64] for C Store's Chapter 11 Plan of Reorganization [Dkt. No. 44] ("C Store's Plan"). On November 10, 2025, the parties filed a Praecipe [Dkt. No. 68] attaching a proposed form of joint ballot titled Ballot for Accepting or Rejecting Plan of Reorganization [Dkt. No. 68-1] ("Joint Ballot"). Upon review of the Joint Ballot, the Court has determined that it should be approved. Wherefore, it is, by the United States Bankruptcy Court for the District of Maryland,

**ORDERED**, that the Joint Ballot is approved; and it is further,

**ORDERED**, that **December 1, 2025**, is fixed as the last day of filing written acceptances or rejections of the Debtors' Plan and C Store's Plan; and it is further,

**ORDERED**, that acceptances and rejections for both plans should be filed with the following designated balloting agent ("Balloting Agent") at the address below:

> Steven H. Greenfeld, Esq.
> 325 Ellington Boulevard, #610
> Gaithersburg, MD 20878
> steveng@cohenbaldinger.com

; and it is further,

**ORDERED**, that, within three (3) days of the entry of this Order, the Balloting Agent shall transmit a copy of (i) this Order; (ii) the Order Approving Competing Disclosure Statements [Dkt. No. 65]; (iii) Notice of the Confirmation Hearing; and the Joint Ballot to creditors, equity security holders, other parties in interest, and the United States Trustee, as provided in Federal Bankruptcy Rule 3017(d) and file a certificate of service; and it is further,

**ORDERED**, that **December 1, 2025**, is fixed as the last day for filing and serving pursuant to Fed. R. Bankr. P. 3002(b)(1) written objection to confirmation of Debtors' Plan and C Store's Plan.

cc:  C Store, Inc. - Maurice VerStandig
      Debtor
      Debtor's Counsel – Steven H. Greenfeld
      US Trustee – L. Jeanette Rice

**END OF ORDER**