UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| TRISTATE DEVELOPMENT, LLC | ) | Case No. 25-12552-LSS |
|     Debtor. | ) | Chapter 11 |
| ------------------------------------------------ | ) | (Jointly administered) |
| In re: | ) | |
| | ) | |
| PISCATAWAY BAY HOLDINGS, LLC | ) | Case No. 25-12555-LSS |
|     Debtor | ) | Chapter 11 |

**<u>DEBTORS' RESPONSE TO ORDER TO SHOW CAUSE</u>**

COME NOW the Debtors-in-Possession, Tristate Development LLC and Piscataway Bay Holdings, LLC, and in response to this Court's Order to Show Cause states:

On October 27, 2025, this Court entered an Order approving competing Disclosure Statements filed by the Debtors and C-Store Inc., a secured creditor (the "Order"). The Court also instructed the parties to work together to have the competing Plans and Disclosure Statements served on creditors and parties-in-interest. Shortly after the entry of the Order, counsel conferred and decided that counsel for C-Store, Inc. would serve the competing Plans and Disclosure Statements, and the Debtor would reimburse him for one-half of the cost. Counsel for the Debtors has not received a confirmation of the cost of service and efforts to reach counsel for C-Store, Inc. have not been successful. No certificate of service has been filed and counsel for the Debtors has been unable to confirm if the Plans have been served.

                                        Respectfully submitted,
                                        LAW OFFICES OF STEVEN H. GREENFELD, L.L.C.
                                          By:*/s/ Steven H. Greenfeld*_____
                                              Steven H. Greenfeld
                                              325 Ellington Blvd, #610
                                              Gaithersburg, MD  20878
                                              (301) 881-8300
                                                  Counsel for Debtors-in-Possession

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 19th day of November 2025, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the foregoing Response will be served electronically via the Court's CM/ECF system on the following:

Jeanette Rice, Esq.
*Office of the U.S. Trustee*

Maurice B. VerStandig, Esq.
*Counsel for C-Store, Inc.*

I HEREBY FURTHER CERTIFY that on the 19th day of November 2025, a copy of the forgoing Response was also mailed, first class mail, postage prepaid to: None

       */s/ Steven H. Greenfeld*
       Steven H. Greenfeld