UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND
GREENBELT DIVISION

| IN RE: | CASE NO: 25-12552 |
|---|---|
| TRISTATE DEVELOPMENT LLC | **DECLARATION OF MAILING CERTIFICATE OF SERVICE** |
| | Chapter: 11 |
| | ECF Docket Reference No. 70 |

On 11/18/2025, I did cause a copy of the following documents, described below,

Order Approving Joint Ballot ECF Docket Reference No. 70

Order Approving Disclosure Statements 65

Debtor Plan 52

C Store First Amended Disclosure Statement 64

C Store Plan 45-1

Debtor Disclosure Statement 53

Ballot

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 11/18/2025

/s/ Maurice VerStandig
Maurice VerStandig

The VerStandig Law Firm, LLC
1452 W. Horizon Ridge Pkwy, #665
Henderson, NV 89012
301-444-4600
mac@mbvesq.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND
GREENBELT DIVISION

| | |
|---|---|
| IN RE:<br>TRISTATE DEVELOPMENT LLC | CASE NO: 25-12552<br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br>Chapter: 11<br>ECF Docket Reference No. 70 |

On 11/18/2025, a copy of the following documents, described below,

Order Approving Joint Ballot ECF Docket Reference No. 70

Order Approving Disclosure Statements 65

Debtor Plan 52

C Store First Amended Disclosure Statement 64

C Store Plan 45-1

Debtor Disclosure Statement 53

Ballot

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 11/18/2025

_/s/ Miles Wood_

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Maurice VerStandig
The VerStandig Law Firm, LLC
1452 W. Horizon Ridge Pkwy, #665
Henderson, NV  89012

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

CASE INFO

| | | |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE 25-12552<br>DISTRICT OF MARYLAND<br>TUE NOV 18 9-1-49 PST 2025 | BOHLER ENGINEERING VA  LLC<br>CO LEESHOEMAKER PLLC<br>1400 I STREET NW<br>SUITE 200<br>WASHINGTON  DC 20005-2293 | C STORE  INC<br>6404 IVY LANE SUITE 200<br>SUITE 820<br>GREENBELT  MD 20770-1428 |

EXCLUDE

| | | |
|---|---|---|
| (U)FOR INTERNAL USE ONLY | PISCATAWAY BAY HOLDINGS LLC<br>10115 WALKER WOODS DRIVE<br>GREAT FALLS  VA 22066-3610 | PRINCE GEORGES COUNTY  MARYLAND<br>CO MEYERS  RODBELL  ROSENBAUM  PA<br>6801 KENILWORTH AVE<br>SUITE 400<br>RIVERDALE PARK  MD 20737-1331 |

DEBTOR

| | | |
|---|---|---|
| TRISTATE DEVELOPMENT LLC<br>1015 WALKER WOODS DRIVE<br>GREAT FALLS  VA 22066 | US TRUSTEE<br>OFFICE OF THE UNITED STATES TRUSTEE<br>6305 IVY LANE<br>SUITE 600<br>GREENBELT  MD 20770-6305 | BOHLER ENGINEERING VA  LLC<br>16701 MELFORD BLVD SUITE 310<br>BOWIE  MD 20715-4377 |
| C STORE  INC<br>5500 ISLAND ESTATES DRIVE 1008N<br>AVENTURA  FL 33160-5299 | CAPITOL DESIGN AND DEVELOPMENT LLC<br>4600 POWDER MILL ROAD 200<br>BELTSVILLE  MD 20705-2624 | JASON PARDO<br>4400 JENIFER STREET SUITE 2<br>WASHINGTON  DC 20015-2089 |
| JUSTIN P FASANO  ESQUIRE<br>MCNAMEE HOSEA  PA<br>6404 IVY LANE  SUITE 820<br>GREENBELT  MD 20770-1416 | KELLEY DIAB<br>10115 WALKER WOODS DRIVE<br>GREAT FALLS  VA 22066-3610 | LAHYAN DIAB<br>10115 WALKER WOODS DRIVE<br>GREAT FALLS  VA 22066-3610 |

EXCLUDE

| | | |
|---|---|---|
| MAURICE B VERSTANDIG  ESQ<br>THE VERSTANDIG LAW FIRM  LLC<br>1452 W HORIZON RIDGE PKWY  665<br>HENDERSON  NEVADA 89012-4422 | PAUL E KNUPP  III<br>LEESHOEMAKER PLLC<br>1400 EYE STREET  SUITE 200<br>WASHINGTON  DC 20005-2293 | (D)PISCATAWAY BAY HOLDINGS LLC<br>10115 WALKER WOODS DRIVE<br>GREAT FALLS  VA 22066-3610 |

EXCLUDE

| | | |
|---|---|---|
| PRINCE GEORGES COUNTY  MARYLAND<br>14741 GOVERNOR ODEN BOWIE DRIVEE SUITE 1<br>UPPER MARLBORO  MD 20772-3043 | PRINCE GEORGES COUNTY  MARYLAND<br>6801 KENILWORTH AVE SUITE 400<br>RIVERDALE PARK  MD 20737-1331 | (D)PRINCE GEORGES COUNTY  MARYLAND<br>CO MEYERS  RODBELL  ROSENBAUM  PA<br>6801 KENILWORTH AVE  STE 400<br>RIVERDALE PARK  MD 20737-1331 |
| US TRUSTEE  BALTIMORE<br>GARMATZ FEDERAL COURTHOUSE<br>101 WEST LOMBARD STREET<br>SUITE 2625<br>BALTIMORE  MD 21201-2668 | STEVEN H GREENFELD<br>STEVE GREENFELD  TRUSTEE<br>325 ELLINGTON BOULEVARD  BOX 610<br>GAITHERSBURG  MD 20878-4591 | STEVEN H GREENFELD<br>LAW OFFICES OF STEVEN H GREENFELD  LLC<br>325 ELLINGTON BOULEVARD  610<br>GAITHERSBURG  MD 20878-4591 |