Entered: November 21st, 2025
Signed: November 20th, 2025
**SO ORDERED**



LORI S. SIMPSON
U.S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
## at Greenbelt

In re:   Case No.: **25–12552 – LSS**   Chapter: **11**

**Tristate Development LLC and**
**Piscataway Bay Holdings LLC**
Debtors

## ORDER DISSOLVING SHOW CAUSE ORDER
## AFTER RESPONSE

Upon consideration of the responses filed by Tristate Development LLC, Piscataway Bay Holdings, LLC, and C Store, Inc. to Show Cause Order, and good cause having been shown, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the Show Cause Order entered November 12, 2025 is hereby DISSOLVED.

cc:   Debtor
      Attorney for Debtor – Steven H. Greenfeld
      Attorney for C Store, Inc. – Maurice VerStandig
      Case Trustee

## End of Order

39x12 (rev. 05/31/1990) – AmandaKaniowski