UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| Tristate Development, LLC | ) | Case No. 25-12552-LSS |
| Piscataway Bay Holdings, LLC | ) | Chapter 11 |
| | ) | (Jointly Administered) |
| Debtors | ) | |

**CERTIFICATION OF TALLY**

I HEREBY CERTIFY that the attached Tally of Ballots is an accurate tabulation of ballots cast by parties in interest which have been received by the Debtor and/or the attorney for the Debtor as of the date of preparation.

Respectfully submitted,

LAW OFFICES OF STEVEN H. GREENFELD, L.L.C.

By:/s/ *Steven H. Greenfeld*
    Steven H. Greenfeld
    325 Ellington Blvd, #610
    Gaithersburg, MD   20878
    (301) 881-8300
        Counsel for Debtors-in-Possession