United States Bankruptcy Court
District of Maryland

| | |
|---|---|
| In re: | Case No. 25-12552-LSS |
| Tristate Development LLC | Chapter 11 |
| Piscataway Bay Holdings LLC | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0416-0 | User: admin | Page 1 of 2 |
| Date Rcvd: Dec 22, 2025 | Form ID: pdfall | Total Noticed: 16 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 24, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Tristate Development LLC, 1015 Walker Woods Drive, Great Falls, VA 22066 |
| cr | + | Bohler Engineering VA, LLC, c/o Lee/Shoemaker PLLC, 1400 I Street NW, Suite 200, Washington, DC 20005-2293 |
| cr | + | C Store, Inc., 6404 Ivy Lane Suite 200, Suite 820, Greenbelt, MD 20770-1428 |
| jadb | + | Piscataway Bay Holdings LLC, 10115 Walker Woods Drive, Great Falls, VA 22066-3610 |
| 32808705 | + | Bohler Engineering VA, LLC, 16701 Melford Blvd Suite 310, Bowie, MD 20715-4377 |
| 32808706 | + | C Store, Inc., 5500 Island Estates Drive 1008N, Aventura, FL 33160-5299 |
| 32808707 | + | Capitol Design and Development LLC, 4600 Powder Mill Road 200, Beltsville, MD 20705-2624 |
| 32808708 | + | Jason Pardo, 4400 Jenifer Street Suite 2, Washington, DC 20015-2089 |
| 32808997 | + | Justin P. Fasano, Esquire, McNamee Hosea, P.A., 6404 Ivy Lane, Suite 820, Greenbelt, MD 20770-1416 |
| 32808709 | + | Kelley Diab, 10115 Walker Woods Drive, Great Falls, VA 22066-3610 |
| 32808710 | + | Lahyan Diab, 10115 Walker Woods Drive, Great Falls, VA 22066-3610 |
| 32814742 | + | Maurice B. VerStandig, Esq., The VerStandig Law Firm, LLC, 1452 W. Horizon Ridge Pkwy, #665, Henderson, Nevada 89012-4422 |
| 32823539 | + | Paul E. Knupp, III, LEE/SHOEMAKER PLLC, 1400 Eye Street, Suite 200, Washington, DC 20005-2293 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 32808712 | + | Email/Text: bdept@mrrlaw.net | Dec 22 2025 19:20:00 | Prince George's County, Maryland, 14741 Governor Oden Bowie Drivee Suite 1, Upper Marlboro, MD 20772-3043 |
| 32816119 | + | Email/Text: bdept@mrrlaw.net | Dec 22 2025 19:20:00 | Prince George's County, Maryland, c/o Meyers, Rodbell & Rosenbaum, P.A., 6801 Kenilworth Ave., Ste. 400, Riverdale Park, MD 20737-1331 |
| 32816629 | + | Email/Text: bdept@mrrlaw.net | Dec 22 2025 19:20:00 | Prince George's County, Maryland, 6801 Kenilworth Ave. Suite 400, Riverdale Park, MD 20737-1331 |

TOTAL: 3

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| tr | | For Internal Use Only |
| cr | *+ | Prince George's County, Maryland, c/o Meyers, Rodbell & Rosenbaum, P.A., 6801 Kenilworth Ave., Suite 400, Riverdale Park, MD 20737-1331 |
| 32808711 | *+ | Piscataway Bay Holdings LLC, 10115 Walker Woods Drive, Great Falls, VA 22066-3610 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

| District/off: 0416-0 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Dec 22, 2025 | Form ID: pdfall | Total Noticed: 16 |

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 24, 2025         Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 22, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Justin Philip Fasano | jfasano@mhlawyers.com<br>jfasano@ecf.courtdrive.com,tmackey@mhlawyers.com,mevans@mhlawyers.com,cmartin@mhlawyers.com,Fasano.JustinR92003@notify.bestcase.com |
| L. Jeanette Rice | Jeanette.Rice@usdoj.gov  USTPRegion04.GB.ECF@USDOJ.GOV |
| Maurice Belmont VerStandig | mac@mbvesq.com<br>lisa@mbvesq.com,mahlon@dcbankruptcy.com,mac@dcbankruptcy.com,verstandig.mauricer104982@notify.bestcase.com,verstandiglaw@recap.email |
| Nicole C. Kenworthy | bdept@mrrlaw.net |
| Paul Everett Knupp | pek@leeshoemaker.com |
| Steven H Greenfeld | steveng@cohenbaldinger.com  sgreenfeld@ecf.axosfs.com |
| Steven H. Greenfeld | steveng@cohenbaldinger.com |
| US Trustee - Baltimore | USTPRegion04.BA.ECF@USDOJ.GOV |

TOTAL: 8

Entered: December 22nd, 2025
Signed: December 22nd, 2025
**SO ORDERED**



LORI S. SIMPSON
U.S. BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 25-12552-LSS |
| | ) | Case No. 25-12555- LSS |
| TRISTATE DEVELOPMENT, LLC | ) | (Chapter 11) |
| PISCATTAWAY BAY HOLDINGS, LLC | ) | |
| | ) | |
| Debtors. | ) | Jointly Administered |
| _____ | ) | |

**ORDER CONFIRMING DEBTOR'S PLAN OF REORGANIZATION**

Upon review of the Debtor's Plan of Reorganization (the "Plan," as found at DE #52, with the proponent thereof being known as "Tristate" or the "Debtor"); the accompanying disclosure statement (the "Disclosure Statement, as found at DE #53); the record herein; and governing law, it is, by the United States Bankruptcy Court for the District of Maryland, hereby:

FOUND, that the Plan—as amended through entry of this order—complies with the rigors of Section 1129 of Title 11 of the United States Code; and it is further

ORDERED, that Section 2.4 of the Plan shall be amended and modified in its entirety as follows: "Class 4 consists of the Secured Claim of C Store in an amount owed by Tristate, as of December 9, 2025, of $1,299,725.16, plus accruing post-petition interest, fees and costs at the contract rate, provided that additional late fees shall not be charged on the loan balance provided

1

the Real Property is sold or refinanced on or before March 15, 2026 as provided herein. C Store will be paid all proceeds of the sale—or refinancing—of the real estate owned by Tristate and Piscataway Bay Holdings, LLC (the "Real Estate"), up to (but not exceeding) the amount of the claim of C Store, after payment of any Class 2 claims; or, in the alternative, C Store will be deeded the Real Estate parcels, and record said deeds, paying any Class 2 tax claims that hold a lien on the Real Estate."; and it is further

ORDERED, that the paragraph contained in Article III of the Plan, immediately following the section header "Means for Implementation of the Plan," shall be amended and modified in its entirety as follows:

"The Debtor and Piscataway Bay Holdings, LLC ("Piscataway") shall have to and through March 15, 2026 to sell any or all of the Real Estate in a sum sufficient to pay all administrative claims alongside all Class 2 and Class 4 claims, in full. In the alternative, the Debtor may refinance the debt of the Class 1 claim holder, on or before March 15, 2026, in a sum sufficient to pay all administrative claims alongside Class 1 and Class 2 claims, in full. Pursuant to Section 1146(a) of the Bankruptcy Code, any such sale or refinancing shall be free of all taxes.

"For the avoidance of doubt, the Debtor and Piscataway may *not* sell or refinance the Real Estate in a sum insufficient to pay all administrative claims, alongside Class 2 and Class 4 claims, in full, absent the consent of a holders of such claims. The Debtor and Piscataway may, however, market the Real Estate, and negotiate with lenders, on such terms, and in such fashion, as the Debtor, in its sole business judgment, may deem most fit, *provided, however*, the Debtor and Piscataway may not execute an agreement with a realtor or broker that would impose any obligation to pay any commission or other amount to such realtor or broker upon the Debtor or the Real Estate if the Real Estate is transferred to C Store through the special warranty deed described in this Article III.

"Time is of the essence in connection with the sale and refinancing provisions of this Article III and a failure of the Debtor to close on any such sale or refinancing by March 15, 2026 shall irrevocably constitute a waiver of the Debtor's rights to contest transfer of the Real Property to C Store through the special warranty deed described in this Article III. .

"On the first business day after entry of a Confirmation Order, the Debtor and Piscataway shall each present to C Store a fully executed special

warranty deed, from the Debtor to C Store and from Piscataway to C Store, for the Real Estate. Said deeds shall be signed by the Debtor's authorized agent and Piscataway's authorized agent, respectively. Should the Debtor or Piscataway fail to do so, C Store may ask the Bankruptcy Court to authorize execution of a form of special warranty deed drafted by C Store, and to further authorize execution of the same by counsel for C Store acting in a special capacity as plan trustee for this sole and limited purpose.

C Store shall take the deed provided for in this Article III and hold the same, without recordation, until March 16, 2026. Should a sale or refinancing be timely accomplished pursuant to the provisions hereof, C Store shall, upon being paid at closing from said sale or refinancing, destroy the deeds contemplated by this Article III. Should no such sale or refinancing first occur, C Store shall be free to record the deeds provided for herein, at any time of C Store's election, on or after March 16, 2026."

ORDERED, that the Debtor and Piscataway shall be prohibited from petitioning for relief, pursuant to Section 301 of the Bankruptcy Code, or colluding with any third party to file a petition pursuant to Section 303 of the Bankruptcy Code, to and through December 31, 2026. Any such petition filed by the Debtor and/or Piscataway, or with the collusive support of the Debtor and/or Piscataway, shall be void and of no effect. The filing of any such petition shall not cause the automatic stay, set forth in Section 362 of the Bankruptcy Code, to become effective; and it is further

ORDERED, that the Debtor and Piscataway are each deemed to have waived any objection to the claim of C Store, as set forth herein, with said claim being in the amount—as of December 9, 2025 of $1,299,725.16, plus accruing post-petition interest, fees and costs at the contract rate, provided that additional late fees shall not be charged on the loan balance provided the Real Property is sold or refinanced on or before March 15, 2026 as provided herein; and it is further

ORDERED, that, subject to the amendments set forth herein, the Plan be, and hereby is, CONFIRMED.

Copies:
All Counsel of Record