**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**GREENBELT DIVISION**

| | |
|---|---|
| Tristate Development, LLC & Piscataway Bay Holdings, LLC | Chapter 11<br>Case No. 25-12552 |
| Debtor(s) | POC #1 |

**LINE WITHDRAWING**
**PRINCE GEORGE'S COUNTY, MARYLAND'S**
**PROOF OF CLAIM FILED 4/2/2025 IN THE AMOUNT OF $7,209.61**
**FOR FISCAL YEAR 2025 REAL PROPERTY TAXES**
**ASSIGNED TAX ACCOUNT NO. 11 1146091 00**

Dear Clerk:

PLEASE WITHDRAW Prince George's County, Maryland's Proof of Claim filed 4/2/2025 in the amount of $7,209.61 for Fiscal Year 2025 Real Property Taxes assigned Tax Account No. 11 1146091 00 filed herein.

MEYERS, RODBELL & ROSENBAUM, P.A.

By:/s/Nicole C. Kenworthy
    Nicole C. Kenworthy
    6801 Kenilworth Avenue, Suite 400
    Riverdale, Maryland 20737-1385
    301-699-5800
    Attorneys for Prince George's County,
    Maryland

**CERTIFICATE OF SERVICE**

I hereby certify that on this 16th day of June, 2026 a copy of the foregoing Line was mailed by first-class mail, postage prepaid to:

Steven H. Greenfeld, Esquire
Law Offices of Steven H. Greenfeld, LLC
325 Ellington Blvd., #610
Gaithersburg, MD 20878-
steveng@cohenbaldinger.com

/s/Nicole C. Kenworthy
Nicole C. Kenworthy

Law Offices
Meyers, Rodbell & Rosenbaum, P.A.
6801 Kenilworth Avenue
Suite 400
Riverdale, Maryland 20737-1385
(301) 699-5800
EMail: bdept@mrrlaw.net